# EXHIBIT I

In-Flight Service Programs and Policies Handbook

18.1
01 Jun 15





**Chapter 18**     # Flight Attendant Job Description

## Overview

The primary function of a flight attendant is to provide for the safety of passengers in accordance with Delta policy and federal regulations. In addition to ensuring that appropriate safety procedures are observed during normal flight operations, flight attendants are also responsible for handling emergency situations related to the aircraft or to individual passengers. In the event of an emergency with the aircraft, the procedures of a flight attendant can be physically and mentally demanding. In such situations, a flight attendant may be working in a smoke-filled environment, be required to operate fire extinguishing equipment, open emergency exits (doors and over-wing hatches weighing up to 58 pounds), deploy and inflate emergency slides, direct and lead passengers to climb over the top of seats or debris in the aisles, and assist passengers out of exits, some of whom may be injured or disabled. In addition, flight attendants must assist ill or injured passengers, utilizing basic first aid techniques, CPR, AED, etc. From time to time, flight attendants are also required to deal with unruly passengers.

## Job Duties

The following is an overview of general duties associated with the flight attendant position, listed by work phase.

### Pre-Flight

- Report one hour before departure for a maximum 20 hour duty day
- Perform an assortment of ground duties that require limited exertion.
- Check aircraft for unsecured carry-on items, equipment, and store them as needed.
- Assist passengers with stowage of carry-on luggage.
- Assist disabled passengers with seating.
- Must be able to lift and transport items weighing up to 40 pounds, as well as close aircraft doors weighing 40 to 60 pounds.
- Make public address announcements and safety demonstration.
- Sit in assigned jump seat with seatbelt and shoulder harness fastened.

Printed pages of this handbook are for information only. Currency must be verified with online version.

Flight Attendant Job Description

**CONFIDENTIAL**  Delta 001007

# Job Duties (continued)

### In-Flight

- Provide a beverage service. This is done by setting up and serving drinks from the galley area and from a cart weighing from 170 pounds to 250 pounds, which is pushed through the cabin, usually with a flight attendant at both ends of the cart.

- Provide in-flight meal service by setting up, in the buffet area, trays weighing approximately two pounds and serving them two at a time from the cart described above.

- Prior to landing, check aircraft for unsecured carry-on items, equipment, and store them as needed.

- Possess hearing capabilities and oral communication skills according to company and federal standards, for the purpose of making public address announcements.

- Assist disabled passengers as needed during the flight.

- Perform tasks that require frequent walking, bending below ankle level and reaching above shoulder level.

- Perform tasks that require intermittent twisting, kneeling, climbing, squatting, sitting, and standing for long periods of time.

- Ensure catering items and luggage are secured for landing.

- Sit on flight attendant jump seat with seatbelt and shoulder harness fastened for turbulence.

### Post-Flight

- Open aircraft doors weighing 40 to 60 pounds.
- Assist passengers with retrieval of carry-on luggage.
- Help disabled passengers with exiting aircraft.
- May be required to quickly walk to next departing flight, which could be located some distance from the arriving flight.
- Attend and complete annual recurrent training.

### Other Duties

Duties may be performed under some or all of the following conditions:

- Work days may range from four hours to 15 hours or more in length. In the event of irregular operations, flight attendants may be required to work longer than originally scheduled.
- The work day can begin early or late and end early or late; scheduled days off may vary, travel may be across multiple time zones; and standing/walking is in a pressurized low humidity cabin.
- Must be capable of performing duties in an aircraft environment at an altitude of 8,000 feet and hemoglobin O2 saturation of ninety percent.

**Flight Attendant Job Description**   ▲ DELTA
Printed pages of this handbook are for information only. Currency must be verified with online version.

**CONFIDENTIAL**   Delta 001008