# EXHIBIT P



**From:** Joan Harvey <jboutik@aol.com>
**Date:** October 27, 2021 at 2:54:20 PM EDT
**To:** Emily.pardo@delta.com
**Subject:** Joan Harvey  578767

Harvey #578767

Re:    Delta #1051, 10/18/21

Events of the trip....

Judith Passman - purser and I was the flight leader.

On 10/19/21, arriving ACC with crew at 1:45 pm local time; we motored to the hotel at approximately 2:20pm.  After receiving my room key (room # 524) I  proceeded to my assigned room after accompanying the purser to the spa to schedule an appointment next day.  Other crew members made plans to meet at 7 pm local time to discuss dinner plans.

I exited my room at approximately 6 pm same day to join the crew for dinner; however, I didn't see any of the crew in the lobby. I however; I over- heard plans of going to a local restaurant (Sky Bar).  So I called an Uber driver (Mike) and preceded to the restaurant.

After arriving at the restaurant I noticed Judith (purser) along with other crew members that I didn't recognize so by that time I proceeded to a table unfortunately the kitchen was close.

Good news Mike the Uber driver was still there.  At approximately 8:30pm I was walking to that car and I slipped and fell to the ground.  My shoe was

caught between the pavement.  Mike, the Uber driver helped me up and dropped me back off at my hotel.  Walking or I should say hopping back I noticed that the foot was swelling.  So I started icing that foot.  Next day at 1230 pm local time I called the front desk for an Ace bandage and was directed to check with the pharmacy accords the street.  I did.  I also ran into the incoming crew.  They inquired about my injury and I explained what happened and proceeded to the pharmacy.  The pharmacy was closed.  I returned to the hotel.

The incoming crew was still in the lobby.  I mentioned that I couldn't put on a shoe and that I maybe deadheading on their flight.  So I immediately returned to my room to contact our purser....she wasn't available.  I then remembered that she was having a spa day.  I then called Delta MTO/Scheduling four times to no avail. Once again I tried to get an Ace bandage, take an anti inflammatory, get food and talk to our purser after she complete her spa date.  Nothing materialized except food service at the hotel restaurant.

I dined with an old friend at the pool area.  I had a full meal of chicken and rice with my friend.  We ordered a cider.  He sat with me for approximately 30-40 minutes then departed. The flies were crazy so I moved to another table.

I barley noticed crew members because of the mask requirements coupled with street clothes but it was Lauren (flight attendant) who was sitting with a man.  After speaking with Lauren a man (who I now know was our acting captain) approached me asking why I was drinking beer and if I was flying tonight.  He also reminded me that it was close to report time and that I am not suppose to be drinking beer.  This man did not identify himself to me. He accused me of drinking beer I immediately responded, " Sir I am not drinking beer and not flying back tonight because of an injury." He proceeds....."I saw you drinking beer and I am going to tell the purser and Delta!"  He was very rude, belligerent and stormed out of the restaurant.  His accusations were very threatening and not captain like especially not understanding or having full knowledge of the entire situation.  Points of concern:  He should of never approached me unidentified, he didn't know the contents of the glass, and he never smelled or tasted what was in the glass.  If he would of he would of immediately noticed that it was NOT an alcoholic  beverage.

I then proceed over to the gym which was closer than my room.  Lauren was there along with the on-site staff physical therapist. Lauren was very aware of the captains concern  she even replied that he was having a "meltdown".  The physical therapist said that I had a very bad sprained ankle, that I should not stand on it, and gave me rubbing ointment.

As I was returning to my room to call Delta. I was then informed that I was removed from the rotation. Judith (purser) also informed me that David Gilmartin (base manager) would be contacting me. At that time I explained to Judith that I was trying to contact her before calling Delta. She apologized for not being available and that the captain indeed had me removed from the rotation. I then spoke with Delta who also relayed the information. I explained my position he then quoted the violation. I denied the accusations and that I could actually go see a doctor and have an alcohol test, if necessary. David only suggest that I call SOS to locate a doctor and get my ankle examined. I did. As instructed I deadheaded back on the next flight the following day.

I felt so abandoned and nervous by the company and the procedures were in place to assist me during this time of emergency. Next day Kiriss, supervisor, called to say he was informed about the situation and that I should gather statements from people on the trip, my food receipt and the waiter staff statements. I did my best. The flight arrived back in JFK, 0540, 10/22/21.

I was immediately met by two IFS mangers, Shannon Kelly and Larry (no knowledge of his last name). Shannon took me into her office and called David Gilmartin on the phone. Now at this point, I had no clue of what was going on. David Gilmartin asked Larry to leave the room. So now it me and Shannon present in the room. David Gilmartin never showed but conducted an interview via the train. During this interview David's phone was cutting on and off. Shannon tried desperately to keep him in the interview. It was horrible. They are taking my ID, my life, my 31 years as a flight attendant and informing me that my travel companion had to return from a funeral trip in Ghana by Saturday. The funeral is Saturday. I was appalled. Remind you that all of these accusations are unfounded and discussed on the train going through the Hollland tunnel?

I feel that David Gilmartin did not take my disciplinary action seriously. To me this is very unfair and very frustrating. These are very serious charges and his unpresence was not serious enough to meet with me physically? We are better than that. I have been with Delta Air Lines over 30 years. I would never jeopardize my career over a beer (that I don't even like). There are many beverages that look like beer. I was NOT drinking a beer or any alcohol beverage.

In closing, I was accused of having a beer without any proof. Unfair. In addition, having a disciplinary action given to me from a train. Double unfair. Especially from our beloved Delta Air Lines. In addition, I never put on an uniform set to meet for pickup or intended to work or fly that trip. I was well under the hours to report my injury. This was not on purpose because I tried on several occasions - the internet wasn't working, my calls to Delta Scheduling were not going through and not being able to get in

touch with the purser.  Please reinstate me as a much decorated purser flight attendant.  I am available for further meetings.


Sent from my iPhone