# EXHIBIT Q

**From:** Pete <pcorrao@optonline.net>
**Sent:** Thursday, October 21, 2021 4:31 PM
**To:** Gilmartin, David <David.Gilmartin@delta.com>
**Subject:** [EXTERNAL] Re: DL157 ACC - JFK 20 Oct 2021 Regarding F/A Joan Harvey 578767

This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.

---

To be clear, I witnessed F/A Joan Harvey, pick up the Stella chalice filled with what looked like draft beer, put the glass to her lips and take several sips. I witnessed this two times during my poolside lunch. From what I observed, she had consumed half a glass of beer.

Sincerely,
Pete Corrao


On Oct 21, 2021, at 11:12 AM, Pete <pcorrao@optonline.net> wrote:


I was the captain working flight DL157 ACC – JFK 20 OCT 2021. Our scheduled departure time from the Kempinski Hotel was 2030L.

I was at the pool between 1430L – 1600L, having lunch poolside. F/A Lauren Harps joined me poolside at approximately 1530L. She immediately noticed F/A Joan Harvey at the small pool bar/restaurant, adjacent to the pool, having lunch, with a draft beer, and brought it to my attention. Joan had been there a while, but I did not recognize her as one of our working flight attendants. Lauren was certain it was Joan. By that time, I did witness she had drunk about half the beer. (The draft beer was in a Stella chalice). I decided I needed to confront Joan immediately to ensure that it was her. I asked her, very politely, "are you Joan Harvey?" She responded "yes." I asked her if she was working our return flight to JFK this evening. She responded "yes." I then asked her why she was drinking so close to report. She responded "oh, I wasn't drinking, I only had a few sips." I told her that I witnessed her drinking about half the beer. She responded that she wasn't a big drinker, and that the waiter had brought her the beer, but she refused. I told her that I witnessed her drinking half the beer. She then asked me what the drinking rule is, and she implied she thought it was four hours prior to report. (Or something to that effect) I then ended the conversation, very politely and respectful, by saying I will need to speak with the purser, Judy Passman, about the situation. She then mumbled something about her ankle being hurt. I then departed to speak with Purser Judieth Passman.

I spoke with F/A Passman, privately in her room, regarding what I had witnessed. She then called her F/A supervisor David Gilmartin. F/A Joan Harvey was removed from the flight.

Sincerely,

Pete Corrao

A330 Captain, NYC

577454


**CONFIDENTIAL**                                                                                                                **Delta 000157**

(631)875-0550

**CONFIDENTIAL**                                                                                                       **Delta 000158**