# EXHIBIT U

**Note to File:**

**Topic of discussion:**
Notification from Captain Pete Corrao EN 577454 and Purser Judieth Passman EN 353086 to Base Manager David Gilmartin that FA Joan Harvey EN 578767 was consuming alcohol with less than 8 hours before her report time on layover in ACC (Accra, Ghana) on 10/20/21 and call to Joan Harvey with OCC Manager, Pedro Ramos

**Participants:**
BM David Gilmartin, Captain Pete Corrao, Purser Judieth Passman and OCC Manager, Pedro Ramos

**Date:**
October 20, 2021

**Recap:**

- At 1315 EST, BM David Gilmartin received a call from PQ Judieth Passman to advise that that Captain and another FA (Lauren Harps) on the crew witnessed FA Joan Harvey consuming a beer in the pool area with lunch with only 4:30 before their scheduled pick up to operate flight 157 (ACC-JFK) on 10/20
- Captain Pete shared that she confronted FA Joan Harvey and asked, "are you Joan Harvey," to which she confirmed she was. He asked why she was consuming alcohol less than 8 hours to pick-up. Pete shared that Joan asked if the regulation was 8 hours or 4 hours to stop drinking before pick up. Pete said he told Joan "you have been flying for a long time, you should know this," and reminded her the regulation was to stop drinking 8 hours before report time
- Pete added that Joan told him she "only had a few sips of beer"
- David asked Pete if there was a possibility it was non-alcoholic beer. Pete said that was not served at the hotel and that Joan never denied she was drinking beer
- Judith added that Joan appeared to be "overserved" when she saw her in the hotel lobby the night before and speculated some of the alcohol might have been taken off the aircraft but did not have specifics when asked
- David asked for Joan and Captain Pete to maintain confidentiality about the situation
- David then called the OCC and reached OCC manager, Pedro Ramos to advise him of the situation. Pedro called the Substance Testing Team who advised that she should be removed from the rotation versus having her show up and be tested at the airport
- David and Pedro called Joan and she responded "oh, I was just trying to reach you"
- Joan stated that she was attempting to call in sick due a sprained ankle the night before
- Pedro provide Joan with Medaire's information so she could get her ankle treated
- Joan was advised by David of the concerns that she was drinking a beer within 8 hours of report time by the pool

- Joan said that the beer belonged to a friend. She was asked who the friend was and she said "it was somebody from the outside who lives in Accra"
- Joan was advised that she was seen sipping the beer and didn't deny it when the Captain spoke to her. She said the Captain was very abrupt with her
- Joan was advised that she would be deadheading to base. Joan asked if she could deadhead the next day and get her ankle treated and she was told that would be best
- Joan was asked to provide a statement to her FSM Kris Sooknanan and not to discuss the situation with others

David Gilmartin