# EXHIBIT V

# Kelly, Shannon

**From:** Kelly, Shannon
**Sent:** Friday, October 22, 2021 6:34 AM
**To:** Gilmartin, David; Kelly, Shannon
**Subject:** Joan Harvey Statement

Event Narrative
I was on my layover On the 20 oct. about 1:30 local time in ghana. I was having lunch outside near the pool area. White man approached me. He started by asking me my name then .. which I replied ...he said to me why are u drinking a when u are flying back on the flight tonight. I replied sir I am not drinking .. he then said I saw u have a beer. I said once again I have a nonalcoholic drink. He became very aggressive and belligerent toward me .. and stated he was going to call the purser and let delta know what he saw .. I then tired to tell him again I was not drinking.. his accusations and harassment because very loud and I became very nervous of what he was accusing me of. My friend ..I tired to explain to him that my injury to my ankle did not warrant me to fly back. He kept saying I was drinking .. I immediately went to my room to call my purser to let her know I was not going to be able to work due to my ankle .. as I call the purser she informed me that he had removed from the flight. At that time I got a call from the base manager with Gilmore., who informed me of what had happened. I explained to Mr Gilmore of my situation. I call and created a report of my ankle ., these allegations were false and he had no proof of me drinking. My drink was nonalcoholic . He was threatening toward me. As a pilot he had no compassion toward my ankle. He never inquired to see if I was ok or needed help. He found it necessary to leave me in a international country. I felt very abondon. His baseless allegations caused me to be removed from the trip and he has no proof of me drinking alcohol. ..I am saddened that my company took his word as fact. I am horrified that this has happened to me. .. 30 years of flying and I would never put myself in this situation. I was not in uniform I was not on the aircraft'. I was outside with others around me. I was not intoxicated in any way but being accused of something that he thought he saw. He really had no reason to approach me or to me

Sent from my iPhone

I am was not drinking. I was not over served I was falsely accused no proof that I had drunk the night before.

Joan Hvy
10-22-21

1

CONFIDENTIAL                                                                                                                Delta 000156