# EXHIBIT Y

**Note to File:**

**Topic of discussion:**
Suspension Meeting of FA Joan Harvey for consumption of alcohol within 8 hours of her pick up time on 10/20/21 while on layover in ACC (Accra, Ghana)

**Participants:**
BM David Gilmartin, FSM Shannon Kelly and FSM Shannon Kelly:

**Date:**
October 22, 2021

Recap:

Please the below recap of the suspension on Friday, 10/22/21 meeting for FA Joan Harvey, EN 578767 (10/23/1991) for a violation of Delta's 8 hour rule for alcohol consumption before report time:

- FSM Shannon Kelly and Larry Brown met Joan's flight that she DHD from ACC this morning
- Wheelchair assistance was offered and declined by Joan. Joan was brought back to the lounge where Shannon conferenced in BM David Gilmartin
- Joan was asked if she was doing okay and she said she was doing better. David reminded Joan that there were follow up questions about the concerns brought forth about the consumption of alcohol within 8 hours before pick up (3.5 hours to be exact)
- Joan said she was shocked by the Captain's allegations and denied it and said the beer belong to a friend of hers
- Joan was asked who the friend was and she said his name was "Ebenezer." David asked if Ebenezer was a hotel guest and she said he was not
- David pointed out that none of the crewmembers saw Ebenezer. She said he was there earlier. David countered that we have an eyewitness that she drank the beer and waitstaff brought her a refill
- Joan stated that it was a no- alcoholic cider that she was having with her lunch. David asked why she didn't mention that on the phone when he called her on Wednesday 10/20 with OCC Manager Pedro Ramos. She said she was nervous and startled by the accusations and not thinking clearly. David pointed out to her that she told the Captain "she only had a few sips" and asked if the regulation around drinking alcohol was four hours vs 8 hours
- David asked why she contacted a crewmember yesterday (10/21 Lauren Harps). She said she wanted to see what was being reported to Delta. David told Joan that was not appropriate and reminded her she was not to discuss this investigation with others and not to let it happen again
- Joan said she "is not a drinker." David pointed out there was an observation that she was "overserved" the night prior
- Joan asked why nobody said anything to her. David responded there is no concern or violation in that but since she shared she is not a drinker, it was important to point out this observation to her

**CONFIDENTIAL**                                                                                      **Delta 000151**

- Joan was asked to provide a statement. She said she texted one to Kris. Shannon received the text from Joan to print and have her sign it
- Joan was advised that due to the serious allegations brought forth and the inconsistencies in her story, she is being suspended pending a RFC
- Joan was asked if she has anyone travelling on her passes. She stated that her companion was in ACC for a funeral and his son until 11/9. DG expressed condolences but said they will need to return by the end of this coming weekend. Joan said the service is on Saturday, 10/23. DG advised that travel must be completed by Monday 10/25
- Joan asked we would take the pilots word over her word. She reminded that it was not just the pilot and that her story kept changing and was not consistent
- Joan mentioned that "there are stressful times, and this is why people kill themselves"
- David and Shannon offered RFL to Joan and stated this is a review process and no decision has been made as of yet and DG will check on her later today when she gets home to ATL
- Shannon reminded Joan of the My Rewards Points redemption capability
- FSM Shannon Kelly escorted Joan to the gate

David Gilmartin and Shannon Kelly

**CONFIDENTIAL**