# EXHIBIT AA

On 20th of October, 1:30pm, Miss Joan never took a beer instead it was a non-alcohol. cider (Friels Cider) I Emmanuel Abbey at the Pool bar her waiter and I boldly testify to whatever she took at the bar.

KEMPINSKI HOTEL (Gold Coast City) - Accra GH.

+233558297970

CONFIDENTIAL    Delta 000551