# EXHIBIT CC



|  | **Kris Sooknanan**<br>Field Service Manager | **Delta Air Lines, Inc.**<br>**JFK International Airport**<br>**Terminal 4**<br>**Jamaica, NY 11430**.<br>P 917-327-6715<br>Krishdath.x.sooknanan@delta.com |

October 22, 2021

| TO: | Carla Bourdier, Senior Base Manager |
|---|---|
| FROM: | Kris Sooknanan, Field Service Manager |
| SUBJECT: | Recommendation for Termination of Employment<br>(Joan Harvey EN 578767, Flight Attendant, 610/NYC) |

On October 20, 2021, Flight Attendant Joan Harvey was observed by the Captain on her ACC (Accra, Ghana) layover in the pool area having lunch while sipping on a beer within 8 hours of her report time. The observation took place between 1530-1600 in ACC. The scheduled departure of flight 157 (ACC-JFK) was at 2225 and the pickup time was 2025. A flight attendant on Joan's rotation witnessed Joan in the pool area with a beer that had been sipped. The Captain promptly notified the Purser on rotation 1051 of 10/18/21. The Captain and the Purser called a Base Manager in NYC to report the situation. The Base Manager called the OCC Manager and placed a joint call to Joan to notify her of the observation and to notify her that she would deadhead back to JFK on flight 157. Joan was advised by the Purser before the BM and the OCC Manager contacted her about this serious concern.

- Joan told the BM and the OCC Manager that she had wanted to call in sick as she sprained her ankle the night prior and was "trying to put on her shoe so she could work the flight back to JFK." Joan was asked who she contacted and claimed that she could not get through to IFS Scheduling.

- Through the course of the investigation, Joan's story changed multiple times. When she was initially confronted by the Captain, the Captain stated that she asked if the alcohol consumption regulation was 8 hours or 4 hours before pick-up. Joan also told she Captain that she "only had a few sips." Joan sent her FSM a test to say she consumed no- alcoholic cider along with a statement from the bartender at the Kempinski Hotel. Joan also stated in the suspension meeting on 10/22/21 that the drink belonged to a friend of hers. The Captain and the flight attendant out at the pool area who reported the situation wrote in the statements that Joan was alone for 2 hours.

- Joan's responses to the allegation of drinking within 8 hours have not been consistent and have undermined her credibility. Her actions could have put her as well as her crew and passengers at risk had she not been removed from the rotation.

- Joan called a flight attendant who was on her rotation who had witnessed the situation on 10/21/21 to ask her what she wrote in her statement despite being told on 10/20/21 not to discuss the situation with other employees.

It is recommended that Joan Harvey's employment be terminated due to violating Delta's Drug & Alcohol Policy as well as failing to be truthful in a company investigation.

**CONFIDENTIAL** **Delta 000145**

**RECOMMENDATION:**

We recommend termination FA Joan Harvey's employment.

_____    _____
Kris Sooknanan,  Field Service Manager                    Date


_____    _____
Carla Bourdier, Senior Base Manager                        Date



cc: Peter Saballa-Davis, GM
    Andrea Misserian, Director
    Emily Pardo, HRM

**CONFIDENTIAL**                                                                                        Delta 000146

It is recommended that Joan Harvey's employment be terminated.

**RECOMMENDATION:**

We recommend termination FA Joan Harvey's employment.

_____    10/26/21
Kris Sooknanan, Field Service Manager    Date

_____    10/26/21
Carla Bourdier, Senior Base Manager    Date

cc: Peter Saballa-Davis, GM
    Andrea Misserian, Director
    Emily Pardo, HRM