# EXHIBIT DD

**Executive Summary Purser Joan Harvey**

| Name: | Joan Harvey | Employee #: | 578767 |
|---|---|---|---|
| Hire Date: | 23OCT91 | Job Title: | Flight Attendant |
| Current Base: | NYC | Current Status: | Suspended |
| Date Prepared: | 24OCT21 | Prepared By: | Kris Sooknanan |

**Introductory Statement:**
FA Joan Harvey started her career with Delta Air Lines on October 23, 1991, and has 30 years of service. On October 20, 2021, the NYC base received a phone call from a Purser working the Accra flight. The Purser advised the base that FA Joan Harvey was witnessed consuming an alcoholic beverage within eight hours of her report time.

**Background/Concerns:**
The Captain working DL157 ACC-JFK observed flight attendant Joan Harvey sipping a beer at the poolside bar between 1430 and 1600. The Captain approached FA Joan and asked why she was drinking so close to the report time of 2230. FA Joan stated she was not drinking but only had a few sips of the beer.

**Performance Development, Coaching and Reliability History – Past 4 Years:**

| Date | Code | Count | PD | Details |
|---|---|---|---|---|
| 20OCT21 | UPS | 1 | NA | Unscheduled Absence |
| 05OCT21 | MTF | 1 | NA | Manage Time – sister in auto accident |
| 25JAN20 | UPS | 1 | NA | Unscheduled Absence |
| 18JUN20 | | | Informal Verbal Coaching | Positive Space Travel |
| 19APR19 | MTO | 2 | Informal Verbal Coaching | Commuting |
| 07MAR19 | | | Formal Verbal Coaching | UPS/Late Report and MTO |
| 30OCT18 | UPS | 1 | NA | Unscheduled Absence |
| 11OCT18 | Late | 1 | NA | Late report 32 min |
| 03AUG18 | MTO | 4 | NA | Commuting |
| 16JUL18 | Late | 1 | NA | Late report 39 minutes |

**Investigation Details/Timeline:**

| Date | Actions Taken |
|---|---|
| 22OCT21 | FA Joan Harvey was suspended for violating Delta Alcohol Policy |
| 20 OCT21 | The working Captain observed FA Joan Harvey drinking a beer at the poolside less than eight hours to report |
| 20 OCT21 | FA Lauren Harps observed FA Joan Harvey poolside eating with a beer on the table |

**Investigation Summary:**

**FA Joan Harvey**
- At 1330L Ghana time, FA Harvey was having lunch at the poolside bar/restaurant.
- A white male (The Captain) approached FA Harvey and asked for her name.
- The Captain asked, why are you drinking when you are flying back tonight.
- FA Harvey replied I am not drinking; I am having a non-alcoholic drink.
- The Captain became aggressive towards FA Harvey and said he would contact the Purser.
- FA Harvey tried to explain to him that she had an ankle injury, but the Captain continued accusing her of drinking.

**CONFIDENTIAL**                                                                                              **Delta 000148**

- FA Harvey left for her room and reached out to the Purser. The Purser said the Captain removed her from the rotation.
- FA Harvey received a phone call from Base Manager Gilmartin, who explained the situation.
- FA Harvey explained to Base Manager Gilmartin that the allegations were false and that the Captain had no proof she was drinking an alcoholic drink.
- FA Harvey felt the Captain had no compassion towards her injury; she felt the Captain was abrupt with her.
- FA Harvey provided the hotel invoice showing two non-alcoholic drinks were ordered.

**Captain Pete Corrao**
- The Captain arrived poolside between 1430-1600 to have lunch.
- FA Harps joined him at the same table and noticed FA Harvey poolside as well.
- FA Harvey was observed having lunch with a draft beer and brought it to the Captain's attention.
- The Captain witnessed FA Harvey drinking a Stella chalice, and half the beer was consumed.
- The Captain confronted FA Harvey and asked why she was drinking so close to her report time.
- FA Harvey said she was not drinking but just had a few sips.
- The Captain told FA Harvey he witnessed her drinking half the beer.
- FA Harvey said the waiter brought her the beer, but she refused it.
- FA Harvey thought it was OK to consume alcohol four hours before the report time.
- The Captain advised FA Harvey he would be speaking to the Purser regarding this event.
- FA Harvey mentioned she had a sprained ankle.
- The Captain spoke to PQ Passman privately, and PQ Passman called Base Manager Gilmartin.

**FA Lauren Harps**
- On 20OCT21 15:45, FA Lauren Harps arrived pool and saw Captain Pete at a table.
- FA Harps joined the Captain and ordered lunch.
- Around 1400, both the Captain and FA Harps saw FA Harvey having lunch and drinking a beer.
- It appeared the beer was half drank.
- FA Harps allowed the Captain to speak to FA Harvey regarding the matter.
- The Captain left to talk to the Purser regarding FA Harvey consuming alcohol with less than eight hours to report.
- FA Harvey approached FA Harps upset and did not realize the time; FA Harvey stated she was confused about the alcohol policy.
- FA Harvey mentioned she had a sprained ankle and would not be able to work for the flight back.
- FA Harps updated her statement saying she did not see FA Harvey drinking a beer.
- FA Harps said she did not see anyone with Joan and was poolside for two hours.

Joan's story changed several times. She initially stated her ankle was sprained the night before, and she intended on calling in sick for her flight on 10/20/21 but never did. Joan only contacted Mediare for assistance after a base leader and an OCC manager contacted her about the allegations of drinking alcohol within 8 hours of her report time. According to Captain Corrao, she stated that she "only had a few sips" and asked if the alcohol policy was 8 or 4 hours from pick-up time. Joan also stated to base leaders on 10/22/21 that the beer belonged to a friend. Nobody was observed sitting with Joan for 2 hours per crew statements. Joan also claimed it was non-alcoholic cider. Joan lost credibility by not maintaining a consistent response to the allegations.

**Recommendation/Next Steps:**

**CONFIDENTIAL**                                                                                          **Delta 000149**

- Review for Continued employment

**List of Attachments:**
PQ Joan Harvey statement
PQ Joan Harvey suspension meeting recap
Captain Pete Corrao statement
FA Lauren Harps statement

**CONFIDENTIAL**                                                                                       **Delta 000150**