# **EXHIBIT LL**

Helen Samson David,
GA-509-1369, Dawadawa close Dansoman Accra Ghana
hd38041@gmail.com
+233594056962335594405696
6th February, 2022

        Dear sir/madam

I'm writing this letter in reference to miss Harvey, a member of Delta airline cabin crew. I want to use this opportunity to say she has been a great friend and will also say a great flight attendant, I have known her for A while now, she has always spoke highly of her job and has been very happy and proud to work for Delta. we where together on the 20th of October we both shared lunch at the pool grill side, inside the kempinski hotel Ghana. I ordered  rice, chicken and coke while miss Joan had only rice and malt. I want to use this medium to humbly plead on her behalf to be recalled as a delta cabin crew which will be very much appreciated, thank you for your cooperation we look forward to a positive reply from you

Yours sincerely
Helen Samson David

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Delta 000456**