# EXHIBIT OO

| Report_Number | Date_Opened | First_Name | Last_Name | CC_Final_D | CC_Infraction | CC_Infraction_Description | CC_Term_Description | Date_Of_Employment | CC_Department | CC_Division | CC_Employ | CC_Grade | CC_PPR | CC_Reason_For_Action | CC_Station | Termination_Date | CC_Title | JOB_CODE | POSITION | DOB | Race |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-8-5149 | 8/2/2019 11:36 | ███████ | | | DA-DRUG AND ALCOHOL-3 | DRINKING WITHIN EIGHT HOURS | EE admitted to drinking within 8 hours | 3/26/2019 0:00 | 6100 | Inflight Services | T | FLT ATT | 57480000 | VW - Involuntary Term Performance | JFK_NY_New York City Kennedy | 8/30/2019 0:00 | 99999999 - | | | 9/26/1996 | two or more races |
| 2021-11-13365 | 11/18/21 11:53 AM | JOAN | HARVEY | TERM | DA-DRUG AND ALCOHOL-3 | DRINKING WITHIN EIGHT HOURS | On October 20, 2021, NYC FA Joan Harvey was observed consuming alcohol on her ACC (Accra, Ghana) layover in the hotel pool area within 8 hours of her report time. The Captain observed this as well as another FA. When the Captain confronted FA Harvey directly, she stated that she only had 'a few sips' of the beer and cited confusion about whether the rule was 4 hours or 8 hours. When an IFS Base Manager and an OCC Manager spoke with FA Harvey via telephone, she stated that the beer belonged to her friend (non-Delta) and denied drinking it. Note, the Captain and FA who observed her never witnessed another individual present. Additionally, FA Harvey later stated that she was consuming non-alcoholic cider. In-Flight Service recommends termination of FA Harvey's employment. | 10/23/1991 0:00 | 6100 | Inflight Services | R | FLT ATT | 57876700 | Y5 - VOL RETIRE w/o SPCL PROGRM | JFK_NY_New York City Kennedy | 12/1/2021 0:00 | 99999999 - | | | | |

CONFIDENTIAL

Delta 001062