UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAN HARVEY,<br><br>Plaintiff,<br><br>-against-<br><br>DELTA AIR LINES, INC.<br><br>Defendant. | Civil Action No. 1:23-cv-02662-HG |

### INDEX OF EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANT DELTA AIR LINES INC.'S MOTION FOR SUMMARY JUDGMENT

| EXHIBIT NUMBER[1] | DOCUMENT DESCRIPTION |
|---|---|
| A | Excerpts from Deposition of Plaintiff Joan Harvey, taken on October 25, 2023 |
| B | Excerpts from Deposition of Peter Corrao, taken on November 3, 2023 |
| C | Excerpts from Deposition of Lauren Harps, taken on October 30, 2023 |
| D | Excerpts from Deposition of Judieth Passman, taken on November 2, 2023 |
| E | Excerpts from Deposition of David Gilmartin, taken on November 27, 2023 |
| F | Excerpts of Delta's employment policies maintained in its In-Flight Service (IFS) Programs and Policies Handbook and The Way We Fly |
| G | Excerpts from Delta's Alcohol Policy and Alcohol Misuse Prevention Program |

---

[1] All exhibits are attached to the Declaration of Michael F. Fleming in Support of Delta's Motion for Summary Judgment, sworn to on March 14, 2024.

| EXHIBIT NUMBER[1] | DOCUMENT DESCRIPTION |
|---|---|
| H | Witness statements submitted to Base Manager David Gilmartin by Captain Pete Corrao, Purser Judieth Passman, and Flight Attendant Lauren Harps |
| I | Written statements that were submitted to Delta by Plaintiff or on Plaintiff's behalf on October 22, 2021, October 27, 2021, November 17, 2021, December 30, 2021, February 6, 2022, and March 1, 2022 |
| J | Notes to file prepared by Delta Base Manager David Gilmartin concerning Plaintiff's violation of the Pre-Duty Use Prohibition |
| K | Documents obtained by Delta as part of its initial investigation of Plaintiff's violation of the Pre-Duty Use Policy |
| L | Recommendations for Termination of Employment, prepared by Field Services Manager Kris Sooknanan, dated October 22, 2021, and by HR Manager, Emily Pardo, dated October 28, 2021 |
| M | Email exchange between E. Pardo, D. Gilmartin, and T. Jackson, dated November 17, 2021 |
| N | Excerpts from the EO Appeal file for Plaintiff |
| O | Flight Attendant Performance Development Chart |