# EXHIBIT G

A A A

# Alcohol Misuse Prevention Program

## General Information

Under the Omnibus Transportation Employee Testing Act of 1991, the aviation industry is required to establish an alcohol misuse prevention program including requirements for an alcohol testing program for air carrier employees who perform safety-sensitive duties. In order to comply with these mandates, Delta has developed and implemented an Alcohol Misuse Prevention Program (AMPP).

Activities related to Delta's AMPP are coordinated through the Substance Testing Programs (STP) office in Atlanta. Educational materials (manuals) are available through the STP office.

The implementation date of the AMPP was January 1, 1995. A copy of this policy was distributed to each Delta employee under the Federal Aviation Administration (FAA) mandated AMPP and will be distributed to each person subsequently hired.

A major component of the FAA regulations requires air carriers to conduct alcohol testing. This portion of the manual explains key provisions of the alcohol testing regulations. However, because the regulations are comprehensive in scope, the information provided is intended as a summary only.

If you desire further information regarding Delta's AMPP, contact the Substance Testing Programs office at Atlanta ext. 5-6654, 8 625-6654, or (800) 325-3799 or by email to: ATL953, SubTestingPgm.

## DELTA'S ALCOHOL POLICY

1

Any employee who is on duty or reports for duty with alcohol in his/her system is subject to termination. Additionally, any prohibited conduct involving alcohol, including but not limited to violating rules concerning pre-duty use of alcohol, ingesting alcohol while on duty or during a break, or ingesting alcohol while in a Delta uniform or refusal to submit to an alcohol test, also subjects the employee to termination.

The Department of Transportation (DOT) regulations prohibit the use of **any** type of alcohol and any product or substance containing alcohol. Consequently, the use of a medication containing alcohol, such as cold medicine, or the consumption of food containing alcohol, such as rum cake, could cause a positive test result, and use or consumption of such products is considered alcohol use under the regulations.

The discipline assessed under Delta's policy will treat such products as alcohol. Delta's policy also considers such products or substances to constitute the use of alcohol which can subject the employee to the discipline described above. Employees are therefore advised to take great care before using any product which could contain alcohol before or during duty.

This section discusses discipline under Delta's alcohol policy. This is separate from the sections below which document testing procedures and sanctions under the FAA regulations.

# FAA ALCOHOL TESTING REQUIREMENTS (COVERED EMPLOYEES)

All persons performing any of the following safety-sensitive duties for Delta Air Lines are subject to Department of Transportation (DOT)/FAA alcohol testing:

• Flight Crewmember duties

• Flight Attendants duties

• Flight Instruction duties

2

• Aircraft Dispatch duties

• Aircraft Maintenance/Preventive Maintenance duties

• Ground Security Coordinator duties

• Aviation Screening duties

The regulations further provide that any individual who does not regularly perform one of the above functions but might be required to do so should also be tested. Therefore, any employees performing the above listed safety sensitive functions are subject to alcohol testing and must refrain from using any substance containing alcohol (not just alcoholic beverages) whenever they are performing, ready to perform, or immediately available to perform these functions. While the FAA regulations require testing only for those personnel who perform the above functions, Delta will conduct post-accident and reasonable suspicion testing for all personnel.

**Prohibited Alcohol Conduct as Defined in DOT/FAA Regulations**

**Note: This section contains portions of the DOT/FAA regulations which are set forth below as required by the regulations. These regulations are separate from Delta's disciplinary policy concerning alcohol. Nothing contained in this section should be read to provide different standards for discipline than those set forth in "Delta's Alcohol Policy" Section above.**

**Alcohol is defined by DOT regulations as the intoxicating agent in beverage alcohol, ethyl alcohol, or other low molecular weight alcohol's, including methyl or isopropyl alcohol. Alcohol is found in certain foods, in certain medications, in beverages and other products. Even such products as "non-alcoholic" beer can contain alcohol.**

Alcohol use is defined by DOT regulations as the consumption of any beverage, mixture, or preparation**,** including any medication (prescribed or over-the-counter, intentional or unintentional) or food, containing alcohol.


# ALCOHOL CONCENTRATION

**CONFIDENTIAL**                         **Delta 000896**

Employees may not report for duty or remain on duty in a position requiring the performance of safety-sensitive functions while having an alcohol concentration of 0.02 or greater. While 0.04 or greater is a violation of AMPP regulations, employees with an alcohol concentration of 0.02 or greater must be removed from performance of safety-sensitive duties.

**Note:** Because of Delta's commitment to safety & security of all employees, any measurable amount of breath alcohol at or above .006, employees will be removed immediately from duty and sent home. Any measurable amount of breath alcohol at or below .005 will be reviewed on a case-by-case basis.

### Pre-duty Use

Employees may not perform flight crewmember or flight attendant duties within 8 hours after consuming alcohol.

All other employees performing safety sensitive duties including flight instruction, aircraft dispatcher, aircraft maintenance or preventive maintenance, ground security coordinator, weight and balance or aviation screening duties may not perform such duties within 4 hours after consuming alcohol.

On-call employees who are not at work, but could be called to perform safety-sensitive functions, are subject to the pre-duty alcohol prohibition (i.e., they would have to decline a call to work if acceptance would result in performing safety-sensitive duties within the **8 or 4 hours**, whichever is applicable).

### On-duty Use

Employees may not consume alcohol in any form while performing safety-sensitive functions.

This prohibition also applies to employees who are at work and immediately available to perform safety-sensitive functions.

### Use After an Accident

4

Covered employees with knowledge of an accident involving an aircraft for which they performed a safety-sensitive function at or near the time of the accident may not use alcohol for 8 hours after the accident unless they have been given a post-accident test, or Delta has determined that their performance could not have contributed to the accident.

An accident is defined by FAA regulations as an occurrence associated with the operation of an aircraft which takes place between the time any person boards the aircraft with the intention of flight and the time that all such persons have disembarked, and in which any person suffers death or serious injury or in which the aircraft receives substantial damage.

**Refusal to Submit to Testing**

Employees may not refuse to submit to a post-accident, random, reasonable suspicion, or follow-up alcohol test.

Refusal to submit to a pre-employment or return to duty test is not a violation of the FAA AMPP rule, but a refusal will preclude any person from performing safety-sensitive functions.

**Circumstances That Require Testing**

**Note**: The regulations discussed below are separate from Delta's disciplinary policy regarding alcohol and do not suggest that an employee will be allowed to return to a safety-sensitive function or any other function at Delta Air Lines after violating that policy.

Covered employees are subject to the following federally mandated alcohol tests. The Substance Testing Programs (STP) office must be contacted with regard to any of the following testing in order to help determine the need for testing, as well as its scheduling.

**Post-accident**

CONFIDENTIAL                    Delta 000898

As soon as practicable after an accident, each covered employee must be alcohol tested if that employee's performance either contributed to the accident or cannot be discounted as a contributing factor to the accident. If the test cannot be administered within two hours of the incident, a report may be required stating the reasons the test was not administered within that time period.

A covered employee who is subject to post-accident alcohol testing will remain readily available for testing or may be deemed by Delta to have refused to submit to testing. Attempts to conduct post-accident alcohol testing will cease 8 hours after the accident, even if no alcohol test has been conducted.

### Random Testing

Covered employees will be selected for random alcohol testing through a scientifically valid method. The testing will be determined by a computer-based random number generator system that selects individuals to be tested based on payroll numbers. Random tests will be spaced throughout the year and will be unannounced.

Employees notified of selection for random testing must proceed directly and immediately to the testing site.

Random tests will be conducted while the employee is performing safety-sensitive functions, just before the employee is to perform safety-sensitive functions, or just after the employee has ceased performing safety-sensitive functions.

### Reasonable Suspicion

A covered employee must submit to an alcohol test if Delta has determined that reasonable suspicion exists that the employee has violated the alcohol misuse prohibitions. The determination must be based on a trained supervisor's specific, contemporaneous, articulable observations concerning the appearance, behavior, speech or body odors of the employee.

6

Even if an alcohol test cannot be administered, no employee who is under the influence of or impaired by alcohol, as shown by behavioral, speech, or performance indicators of alcohol misuse, should report for duty or remain on duty requiring the performance of safety-sensitive functions until a test can be administered and the result is below 0.02 or until the commencement of the employee's next duty period if at least 8 hours has elapsed. If a test is not administered within 2 hours following the determination of the need of the test, a report may be required stating the reasons the test was not administered within that time period.

No employee who is covered under 14 CFR Part 61 and Part 63 may refuse to submit to an alcohol test when so requested by a law enforcement officer.

**Return to Duty**

Before a covered employee can again perform any safety-sensitive function as defined by DOT AMPP regulations after engaging in prohibited conduct, he will undergo a return to duty test.

The employee cannot perform a safety-sensitive function as defined by DOT AMPP regulations until a result indicating an alcohol concentration of less than 0.02 is obtained. Follow-Up

Each covered employee, who has been identified by a substance abuse professional (SAP) as needing assistance in resolving a problem with alcohol misuse and who has returned to the performance of any safety-sensitive function as defined by DOT AMPP regulations, will be subject to follow-up testing.

Follow-up tests will be unannounced and at least 6 tests must be conducted in the first 12 months after the employee is again performing safety-sensitive duties. Follow-up testing may continue for up to 60 months.

The schedule for follow-up alcohol testing is established by an SAP.

**CONFIDENTIAL**                                    **Delta 000900**