# EXHIBIT 9

| NUMBER | SUBJECT_NAME | NINE_DIGIT_EEN | DOE | BUSINESS_UNIT | STATION_DEPT_BASE | JOB_CODE_DESC | DATE_OF_PD_EXECUTION | EXECUTED_PD | ALLEGATION_OUTCOME | ALLEGATION_TYPE | ALLEGATION_SUBTYPE | PRIMARY_ALLEGATION_TYPE | PRIMARY_ALLEGATION_SUBTYPE | BACKGROUND_OF_ISSUE | HIGH_LEVEL_SUMMARY | SYNOPSIS_NOTES | SHORT_DESCRIPTION | DOB | RACE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HRC2105340 | [redacted] 1 | 061193700 | 1/16/2023 | IFS | JFK | Flight Attendant | 8/21/2023 | Termination | Substantiated | Drug & Alcohol Violations | Alcohol – Random testing | Drug & Alcohol Violations | Alcohol – Random testing | On July 28, 2023, Flight Attendant Jevoy Johnson received a positive alcohol result from a Random DOT administered test. FA Johnson's initial result was .030 and the confirmation was .025 which is greater than Delta's threshold. Additionally, FA Johnson is currently on Fly Right. | NYC FA violated Delta's Anti-Drug and Alcohol policy. Delta termed the employee. | On July 28, 2023, Substance Testing administrators notified BM Juanito Mapalad that FA Jevoy Johnson tested positive on the random DOT Alcohol test upon the return of DL 49 AMS/JFK. FA Johnson had a positive result of .030 on the first test and .025 on the second. NYC Leadership subsequently suspended FA Johnson that day. | Report misconduct | 8/6/1997 | Two or more |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

| Report_Number | Date_Opened | First_Name | Last_Name | CC_Final_Disposition | CC_Infraction | CC_Infraction_Description | CC_Term_Description | Date_Of_Employment | CC_Department | CC_Division | CC_Employee_Status | CC_Grade | CC_PPR | CC_Reason_For_Action | CC_Station | Termination_Date | CC_Title | JOB_CODE_DESC | POSITION_DESC | DOB | RACE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-7-117 | 7/7/2021 6:07 | [2] | | TERM | DA-DRUG AND ALCOHOL-3 | POSITIVE ALCOHOL - F/U | On June 24, 2021, Flight Attendant Shelly Dahlvang was sent for substance testing in compliance with her continuing care agreement. Ms. Dahlvang returned a positive result for alcohol for her initial and follow up tests. Due to Ms. Dahlvang's violation of Delta's Anti-Drug and Alcohol policy, Inflight Service recommends termination of her employment. | | 6100 | Inflight Services | R | FLT ATT | 050607100 | Y5 - VOL RETIRE w/o SPCL PROGRM | JFK_NY_New York City Kennedy | 8/17/2021 0:00 | 99999999 - | Flight Attendant | | 10/11/1963 | White |
| 2020-12-99 | 12/28/2020 7:28 | [2] | | TERM | DA-DRUG AND ALCOHOL-3 | POSITIVE ALCOHOL - REASONABLE SUSP (DOT) | On December 14, 2020, EE arrived over an hour late to her CQ training in SLC and appeared to be intoxicated. She fell and was taken to a nearby hospital for examination and testing. The results of EE's test showed that she was positive for alcohol in her system. EE's alcohol test results were 0.337 and 0.294. EE was suspended effective December 15, 2020. | | 6100 | Inflight Services | R | FLT ATT | 050607100 | Y5 - VOL RETIRE w/o SPCL PROGRM | JFK_NY_New York City Kennedy | 8/17/2021 0:00 | 99999999 - | Flight Attendant | | 10/11/1963 | White |
| 2019-8-5149 | 8/2/2019 11:36 | [3] | | TERM | DA-DRUG AND ALCOHOL-3 | DRINKING WITHIN EIGHT HOURS | EE admitted to drinking within 8 hours | 3/26/2019 0:00 | 6100 | Inflight Services | T | FLT ATT | 057480000 | VW - Involuntary Term Performance | JFK_NY_New York City Kennedy | 8/30/2019 0:00 | 99999999 - | | | 9/26/1996 | Two or More Races |
| 2021-11-13365 | 11/18/2021 11:53 | JOAN | HARVEY | TERM | DA-DRUG AND ALCOHOL-3 | DRINKING WITHIN EIGHT HOURS | On October 20, 2021, NYC FA Joan Harvey was observed consuming alcohol on her ACC (Accra, Ghana) layover in the hotel pool area within 8 hours of her report time. The Captain observed this as well as another FA. When the Captain confronted FA Harvey directly, she stated that she only had 'a few sips' of the beer and cited confusion about whether the rule was 4 hours or 8 hours. When an IFS Base Manager and an OCC Manager spoke with FA Harvey via telephone, she stated that the beer belonged to her friend (non-Delta) and denied drinking it. Note, the Captain and FA who observed her never witnessed another individual present. Additionally, FA Harvey later stated that she was consuming non-alcoholic cider. In-Flight Service recommends termination of FA Harvey's employment. | 10/23/1991 0:00 | 6100 | Inflight Services | R | FLT ATT | 057876700 | Y5 - VOL RETIRE w/o SPCL PROGRM | JFK_NY_New York City Kennedy | 12/1/2021 0:00 | 99999999 - | | | 3/25/1955 | Black |
| 2023-8-223 | 8/17/2023 9:47 | [1] | | | DA-DRUG AND ALCOHOL-3 | POSITIVE ALCOHOL - RANDOM (DOT) | On July 28, 2023, Flight Attendant Jevoy Johnson received a positive alcohol result from a Random DOT administered test. FA Johnson's initial result was .030 and the confirmation was .025 which is greater than Delta's threshold. FA Johnson admitted to drinking alcohol while on duty. Additionally, FA Johnson is currently on Fly Right.<br><br>Due to FA Johnson's violation of Delta's Anti-Drug and Alcohol policy, and being under Fly Right, Inflight Service recommends termination of his employment. | 1/16/2023 0:00 | 6100 | Inflight Services | I | FLT ATT | 061193700 | YQ - Short Term | JFK_NY_New York City Kennedy | | 52064629 - Flight Attendant | Flight Attendant | | 9/26/1996 | Two or More Races |
| 2022-5-134 | 5/17/2022 4:3 | [4] | | ACA | DA-DRUG AND ALCOHOL-3 | POSITIVE ALCOHOL - RANDOM (DOT) | On May 3, 2022, Flight Attendant Kerri Scala received a positive alcohol result from a Random DOT administered test. FA Scala's initial result was 0.025 and the confirmation was .019. Due to Ms. Scala's violation of Delta's Anti-Drug and Alcohol policy, Inflight Service recommends termination of her employment. | 6/17/1997 0:00 | 6100 | Inflight Services | A | FLT ATT | 018448000 | Y2 - Return from Suspension | JFK_NY_New York City Kennedy | | 50184480 - Flight Attendant | Flight Attendant | Flight Attendant | 12/19/1970 | White |
| 2019-9-576 | 9/13/2019 6:35 | [5] | | | DA-DRUG AND ALCOHOL-3 | POSITIVE ALCOHOL - REASONABLE SUSP (DOT) | tested positive on 9/1/19 | 3/26/2019 0:00 | 6100 | Inflight Services | T | FLT ATT | 057791500 | VW - Involuntary Term Performance | JFK_NY_New York City Kennedy | 9/24/2019 0:00 | 99999999 - | | | 8/28/1985 | White |
| 2022-10-17 | 10/28/2022 6:38 | [6] | | TERM | DA-DRUG AND ALCOHOL-3 | POSITIVE DRUG - REASONABLE SUSP (DOT) | On 10/09/22, Flight Attendant Blanche Stephens received a positive alcohol result after the administration of reasonable suspicion testing was conducted. FA Stephen's initial result was 0.109 and the confirmation was 0.116. Due to FA Stephen's violation of Delta's Alcohol policy, In-Flight Service recommends termination of her employment. | 5/21/2001 0:00 | 6100 | Inflight Services | R | FLT ATT | 050685800 | WU - Retire in Lieu Performance | JFK_NY_New York City Kennedy | 12/1/2022 0:00 | 99999999 - | | | 4/9/1959 | Black |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

| SUB CATEGORY | E/N | NAME | HR STATUS | EVENT CREATION EMPLOYEE BASE | SUBMITTED BY E/N | SUBMITTED BY NAME | CONVERSATION DATE | PD EVENT DATE | STATUS | PD EXPIRATION DATE | PD TYPE DESCRIPTION | USER COMMENT TEXT | MODIFIED COMMENT TEXT | SUBMISSION DATE | UPDATED DATE | RECORD STATUS | RACE | DOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comportment/Conduct, Failure to Cover/be Available | 0000397631 | 7 | A | NYC | 0000180561 | GILMARTIN, DAVID | 3/10/2022 | 1/11/2022 | ACTIVE | 3/10/2024 | Corrective Action Notice | A CAN was issued to Samad by FSM Adrienne Babcock and BM David Gilmartin for a Failure to be Available when he was unable to contacted for a 3 day domestic rotation on his ADays. On January 12th and 13th, Samad showed up at the ATL terminal with the appearance of intoxication. On 1/13, Samad agreed to go to an alcohol rehabilitation facility in Helen, GA. Samad completed his treatment and was advised we are all supportive of him but he needs to be held accountable for his actions. Samad was reminded that he was not contactable for 48 hours leaders to contact with emergency contacts and a call to the Rozell, NJ PD by leadership with a completion of a missing person's report. Samad appeared to take full responsibility for his actions and he appeared to be in a very good place after the meeting. | | 3/11/2022 5:55 AM | 3/11/2022 5:55 AM | a | Black | 3/4/1985 |
| Positive Substance/Alcohol Result | 0000067115 | 8 | T | NYC | 0000897033 | LITTLE, ELAINE | 8/15/2019 | 8/14/2019 | INACTIVE | 8/31/2019 | Suspension | FA was suspended. | | 8/16/2019 4:27 PM | 8/16/2019 4:27 PM | Complete | White | 2/17/1995 |
| Positive Substance/Alcohol Result | 0000443581 | 9 | T | NYC | 0000915182 | BONFANTE, ILEANA | 11/16/2022 | 10/31/2022 | ACTIVE | | Suspension | FSM Larry B and BM Ileana B contacted Jason and conducted suspension meeting over the phone. We discussed the reason for the call and gave Jason the opportunity to share with us if he had any questions or concerns. We offered EAP, and Peer Support, since we want to be supportive of his situation and he is still part of Delta while we review his employment. | | 11/17/2022 8:27 PM | 11/17/2022 8:27 PM | Complete | White | 6/9/1982 |
| Positive Substance/Alcohol Result | 0000802432 | 10 | T | NYC | 0000606400 | AVELAR JR, EDWIN | 9/22/2020 | 9/22/2020 | INACTIVE | 10/8/2020 | Suspension | This morning NYC FA David Catron met with NYC Base Director Edwin Avelar, NYC FSM David Williams, via conference call, and NYC FSM Adrienne Babcock with regards to a positive substance testing notification that Delta received on September 22, 2020. BD E. Avelar informed FA Catron that a reviewed for continued employment is being conducted, and he will remain suspended until a decision is made regarding continued employment. | | 9/22/2020 1:18 PM | 9/22/2020 1:18 PM | Complete | Two or more races | 12/20/1982 |
| Positive Substance/Alcohol Result | 0000802432 | 10 | T | NYC | 0000368588 | WILLIAMS, DAVID C | 10/9/2020 | 9/22/2020 | ACTIVE | | Termination | FSM David Williams and FSM Horace Winston met with FA David Catron via Phone. FSM David W advised FA David C the results of the completed investigation. FSM David W explained the decision had been made to terminate your employment with Delta for reasons discussed on September 22, 2020. FA David C was given the option to resign. FA David C stated he let me know his decision within the allotted 72 hrs. FSM David read the letter in its intertie. FA David C was sent a copy via email, and he confirmed the receipt of his letter. | | 10/9/2020 8:42 PM | 10/9/2020 8:42 PM | Complete | Two or more races | 12/20/1982 |
| Positive Substance/Alcohol Result | 0000958943 | 11 | I | NYC | 0000197253 | BELAM, DANIEL | 11/8/2020 | 11/8/2020 | INACTIVE | 2/16/2021 | Suspension | Today we were informed by Substance testing that Dominique tested positive for Alcohol at 0.032 & 0.028 after landing from ATL this morning. She was chosen for a random DOT test. Adrienne and I met with Dominique and we went through the SUSP checklist and took her accountable items as well as issued her the attached Suspension letter. She was put on the phone to RFL/EAP to and offered a private space to rest before her flight to SFO. FSM Adrienne escorted her home on the flight. | | 11/8/2020 9:23 PM | 11/8/2020 9:23 PM | Complete | Black | 1/18/1992 |
| Positive Substance/Alcohol Result | 0000958943 | 11 | I | NYC | 0000160680 | NG OLIVA, KIMBERLY | 2/17/2021 | 2/9/2021 | ACTIVE | 2/17/2024 | Final Corrective Action Notice | BM Kevin, Suzy, and I met with Dominque today. She is in good spirits and is eager to return. Dominique has agreed to the conditional reinstatement, understands the FCAN, appreciates the support, and looks forward to returning. Kevin is advised that she has completed her alcohol screening. | | 2/18/2021 3:30 AM | 2/18/2021 3:30 AM | Complete | Black | 1/18/1992 |
| Positive Substance/Alcohol Result | 0000958943 | 11 | I | NYC | 0000418986 | BABCOCK, ADRIENNE | 9/30/2022 | 2/17/2021 | INACTIVE | 10/27/2022 | FCAN Follow Up Discussion | FA doing well and continuing a positive path. FA continues meetings and stays connected with her FSM. | | 10/28/2022 7:35 PM | 10/28/2022 7:35 PM | Complete | Black | 1/18/1992 |
| Positive Substance/Alcohol Result | 0000506071 | 2 | R | NYC | 0000053727 | RAGHUNANDAN, DON | 4/22/2021 | 12/14/2020 | ACTIVE | 4/22/2024 | Final Corrective Action Notice | We had a meeting with Shelly where she was offered a conditional reinstatement or resignation in lieu of termination. Shelly wanted to be conditionally reinstated and also completed a Delta-approved treatment program. Shelly was given a CCA and an FCAN. She understood the implications of her actions and agreed to fully comply with all the requirements of the CCA and FCAN. | | 4/27/2021 1:44 AM | 4/27/2021 1:44 AM | Complete | White | 10/11/1965 |
| Failure to Cover/be Available, Positive Substance/Alcohol Result | 0000506071 | 2 | R | NYC | 0000897033 | LITTLE, ELAINE | 12/15/2020 | 12/14/2020 | INACTIVE | 4/21/2021 | Suspension | Met with FA Dahivang on 12/15/20 at 1245 PM to discuss her positive alcohol test. The FA stated that she reported for CQ in SLC and was intoxicated because she was drinking the night before. The FA fell at the training center and was taken to the hospital, where she was breathalyzed due to reasonable suspicion. The test result was positive. The FA was then taken to the hotel where she rested for the night. On her flight to ATL, the FA was nervous and also admitted to having a glass of wine. During the course of the meeting, FA meeting was apologetic and sobbing. | Included reliability category | 1/8/2021 9:56 PM | 1/8/2021 10:00 PM | Complete | White | 10/11/1965 |
| Positive Substance/Alcohol Result | 0000506071 | 2 | R | NYC | 0000777839 | GRANDISON, SILVANA | 6/24/2021 | 6/24/2021 | ACTIVE | | Suspension | After receiving a call from IFS OCC stating FA had tested positive for alcohol. Myself and FSM Williams picked up FA and brought her back to the lounge to go over the next steps. She was advised that she will be suspended and was asked to write a statement. all accountable items were retrieved and FA was escorted to check in order to check in for her flight. Positive space was given to go home to KNoxville. | | 6/24/2021 2:51 PM | 6/24/2021 2:51 PM | Complete | White | 10/11/1965 |
| Positive Substance/Alcohol Result | 0000899120 | 12 | T | NYC | 0000186267 | HAMBLETON, STEVEN | 1/15/2023 | 1/15/2023 | ACTIVE | | Suspension | FSM Hambleton, Hollister, and Barry met with FA Decastro-Souza to conduct a suspension meeting on 1/15/23 following a reasonable suspicion and positive blood alcohol test. FA Decastro-Souza was receptive and apologetic during the suspension meeting. FA was read the suspension letter in its entirety and provided with a copy of his suspension letter and information pertaining to EAP resources. FA was given an opportunity to provide an additional statement to which he declined. The meeting concluded by retrieving FAs accountable items and providing copies of his previously obtained statements. FA was provided hotel room and positive space travel to LGA on 1/16/23 | | 1/16/2023 4:26 AM | 1/16/2023 4:26 AM | Complete | Latino | 11/23/1976 |
| Positive Substance/Alcohol Result | 0000412315 | 13 | R | NYC | 0000897033 | LITTLE, ELAINE | 11/22/2019 | 10/24/2019 | INACTIVE | 1/12/2020 | Suspension | FA was suspended on 11/22/2019. | | 11/22/2019 6:38 PM | 11/22/2019 6:38 PM | Complete | White | 7/23/1959 |
| Positive Substance/Alcohol Result | 0000412315 | 13 | R | NYC | 0000897033 | LITTLE, ELAINE | 1/13/2020 | 10/24/2019 | ACTIVE | | Termination | FA was terminated. | | 1/13/2020 9:09 PM | 1/13/2020 9:09 PM | Complete | White | 7/23/1959 |
| FAA Violation | 0000578767 | HARVEY, JOAN O | R | NYC | 0000808832 | SOOKNANAN, KRISHDATH | 10/22/2021 | 10/20/2021 | ACTIVE | | Suspension | Suspension meeting was conducted by a FSM and Base Manager- On October 20, 2021, Flight Attendant Joan Harvey was observed by the Captain on her ACC (Accra, Ghana) layover in the pool area having lunch while sipping on a beer within 8 hours of her report time. The observation took place between 1530-1600 in ACC. The scheduled departure of flight 157 (ACC-JFK) was at 2225 and the pickup time was 2025. A flight attendant on Joan's rotation witnessed Joan in the pool area with a beer that had been sipped. The Captain promptly notified the Purser on rotation 1051 of 10/18/21. The Captain and the Purser called a Base Manager in NYC to report the situation. The Base Manager called the OCC Manager and placed a joint call to Joan to notify her of the observation and to notify her that she would deadhead back to JFK on flight 157. Joan was advised by the Purser before the BM and the OCC Manager contacted her about this serious concern. | | 10/27/2021 7:32 PM | 10/27/2021 7:32 PM | Complete | Black | 3/24/1955 |
| Positive Substance/Alcohol Result | 0000611937 | 1 | T | NYC | 0000721281 | MAPALAD, JUANITO B | 7/28/2023 | 7/28/2023 | ACTIVE | | Suspension | FSM Karisma and BM Juanito met with FA Jevoy to suspend his employment with Delta and review for continued employment because of DOT Drug and Alcohol Failure on 7/28/23. FA Jevoy was advised that his FSM Lisver will be following up with him weekly. FA Jevoy was provided the EAP information and encouraged to reach out. | | 7/28/2023 10:00 PM | 7/28/2023 10:00 PM | Complete | Two or More Races | 8/6/1997 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Delta 001078

| Reason | Emp ID | Row | Type | Base | Mgr ID | Manager | Date1 | Date2 | Status | Date3 | Action | Notes | Additional Notes | Created | Modified | State | Race | DOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Positive Substance/Alcohol Result | 0000427927 | 14 | A | NYC | 0000976010 | RUSSELL-THOMAS, ROCHELLE | 3/10/2023 | 3/10/2023 | INACTIVE | 5/15/2023 | Suspension | FSM Rochelle Russell-Thomas and FSM Jermaine Myers met with FA Claudia to conduct suspension meeting. FA Claudia was advised that she is being suspended without pay effective March 11, 2023. FA Claudia declined providing any additional statement. Resources for Living information was provided. All accountable items were retrieved. Hotel accommodation was provided and a return flight to NYC was scheduled. FA Claudia was escorted to a non-sterile area. | | 3/10/2023 7:55 PM | 3/10/2023 7:55 PM | Complete | Black | 7/17/1988 |
| Positive Substance/Alcohol Result | 0000362138 | 15 | T | NYC | 0000808832 | SOOKNANAN, KRISHDATH | 10/9/2019 | 10/9/2019 | ACTIVE | | Suspension | FA tested positive at JFK substance testing center. | | 10/9/2019 7:06 PM | 10/9/2019 7:06 PM | Complete | White | 5/10/1968 |
| Positive Substance/Alcohol Result | 0000577915 | 5 | T | NYC | 0000278959 | CHILUMUNA-EXTER, SHELBY | 9/1/2019 | 9/1/2019 | ACTIVE | | Suspension | FA Schmitt is being placed on suspension for positive alcohol test results following reasonable suspension on 01SEP19 following DL1984. FA Schmitt's Crew ID/ KCM Card, Cabin Access Key and SkyPro/Rambler have been received and will be returned to base. FA Schmitt wrote a statement and signed it as well as received a copy of her suspension letter. FA Schmitt had the terms of her suspension and next steps explained to her. FA Schmitt confirmed that she understood and when given the opportunity to ask questions said she did not have any. As this occurred out of base FA Schmitt was given a hotel room for the night as well as PSY travel home to IAH the next day. FA Schmitt was also given the business card of FSM Chilumuna who issued her suspension | | 9/1/2019 7:35 PM | 9/1/2019 7:35 PM | Complete | White | 8/28/1985 |
| Positive Substance/Alcohol Result | 0000155944 | 16 | A | NYC | 0000622267 | PEASE, MEGAN | 1/30/2020 | 1/30/2020 | INACTIVE | 2/12/2020 | Suspension | FSM Tyrone met with Tatum after IFS OCC received notification of reasonable suspicion in regards to Tatum. EWR OSMs assisted with follow through of the reasonable suspicion checklist. FSM Tyrone presented Tatum with a suspension letter and advised her that we would be in touch. Tatum's ID and Skypro were retrieved at this time. | wrong Reason was checked | 1/30/2020 10:58 PM | 2/13/2020 6:04 PM | Complete | White | 10/10/1973 |
| Positive Substance/Alcohol Result | 0000155944 | 16 | A | NYC | 0000043134 | KIRKORIAN, OANA CRISTINA | 10/5/2020 | 2/13/2020 | INACTIVE | 12/8/2020 | FCAN Follow Up Discussion | Missed opportunity for FCAN follow up conversation due to leader transfer/ team transition process. Tatum's transfer to my team became effective in September 2020. Due to Tatum's subsequent schedule status TDOX/ CPS - OCT/NOV, the context was not conductive or allowed a follow up conversation. | | 12/9/2020 5:14 PM | 12/9/2020 5:14 PM | Complete | White | 10/10/1973 |
| Positive Substance/Alcohol Result | 0000155944 | 16 | A | NYC | 0000197253 | BELAM, DANIEL | 4/29/2021 | 2/13/2020 | INACTIVE | 4/28/2021 | FCAN Follow Up Discussion | Today I met with Tatum for a follow up FCAN meeting, it was productive and nice. I had to issue an IVC for uniform however she understood. Overall she is doing very well and was released this month from her CCA. Thanked her for all she Does for Delta. | | 4/30/2021 2:44 AM | 4/30/2021 2:44 AM | Complete | White | 10/10/1973 |
| Positive Substance/Alcohol Result | 0000155944 | 16 | A | NYC | 0000622267 | PEASE, MEGAN | 2/13/2020 | 2/13/2020 | INACTIVE | 3/5/2023 | Final Corrective Action Notice | FSM Tyrone and myself met with Tatum today in Newark and checked in to see how she has been doing since her suspension. We also advised her of her positive Alcohol Test from January 30th 2020 and to offer her Termination with Conditional Reinstatement or the ability to Resign from Delta. After reading through the entirety of the letter, Tatum advised us that she wishes to be terminated with Conditional Reinstatement. She informed us that she is already in contact with EAP and going through the necessary steps to return to work. Tatum was understanding of the steps that are being taken and is willing to do whatever she needs to return back to Delta | Suspension modified to an FCAN. FSM Megan and BD Bernard spoke with Tatum on 03/05/2020 regarding her transition from suspension back to work on a Final Corrective Action Notice. Tatum was informed that due to the circumstances she would be placed on a FCAN upon returning to work. Tatum was also advised that this FCAN would remain on her file for 3 years from the date it was issued. Tatum was understanding of the performance development given and grateful for the ability to return to work. Tatum was also advised that we would meet once every 6 months for the duration of her FCAN. | 2/13/2020 6:02 PM | 3/12/2020 4:09 PM | Complete | White | 10/10/1973 |
| Positive Substance/Alcohol Result | 0000155944 | 16 | A | NYC | 0000997557 | FAASAMALA, BETTY | 6/19/2022 | 6/19/2022 | INACTIVE | 6/18/2022 | FCAN Follow Up Discussion | Missed conversation due to transition of FSM | | 6/20/2022 3:22 AM | 6/20/2022 3:22 AM | Complete | White | 10/10/1973 |
| Positive Substance/Alcohol Result | 0000506856 | 6 | R | NYC | 0000037763 | ROBERTS, CALVIN A | 10/10/2022 | 10/9/2022 | ACTIVE | | Suspension | Conversation about positive alcohol testing was discussed with FA Blanche by BM Little and FSM Roberts. The letter was read and explained, she was given both leaders contact information and the information for HR and EAP as well as resources for living with whom she stated she was already in contact with. She was given a signed copy of the letter, she also provided a written statement she had previously written. She updated the letter an signed and dated it. She was then booked on the next flight to DCA  MS Blanche was then escorted to the Gate. | | 10/10/2022 5:50 PM | 10/10/2022 5:50 PM | In-Progress | Black | 4/9/1959 |
| Positive Substance/Alcohol Result | 0000975714 | 17 | A | NYC | 0000897033 | LITTLE, ELAINE | 6/17/2019 | 6/16/2019 | INACTIVE | 8/11/2019 | Suspension | FA was suspended on June 17, 2019. | | 6/17/2019 7:43 PM | 6/17/2019 7:43 PM | Complete | Black | 7/10/1992 |
| Positive Substance/Alcohol Result | 0000975714 | 17 | A | NYC | 0000391782 | MOLENCAMP, CALYN | 8/21/2019 | 8/20/2019 | INACTIVE | 8/21/2022 | Final Corrective Action Notice | FA Lemara returned to work under conditional reinstatement. FA met with BM Little and myself. EAP Maureen was conferenced in to go over the condition of the Substance Abuse Recovery Program. Maureen, Lemara and myself will meet in Nov 19 and Feb 2020. Lemara and I will meet for FCAN follow up Feb 2020. FA Lemara understands the conditions of her reinstatement and the importance of maintaining a healthy work record through the duration of her FCAN. | | 8/28/2019 6:44 PM | 8/28/2019 6:44 PM | Complete | Black | 7/10/1992 |
| Positive Substance/Alcohol Result | 0000975714 | 17 | A | NYC | 0000391782 | MOLENCAMP, CALYN | 11/23/2020 | 8/21/2019 | INACTIVE | 11/22/2020 | FCAN Follow Up Discussion | FCAN Discussion 1--see attached details | | 11/23/2020 10:05 PM | 11/23/2020 10:05 PM | Complete | Black | 7/10/1992 |
| Positive Substance/Alcohol Result | 0000975714 | 17 | A | NYC | 0000945025 | STEIN, ETHAN | 3/12/2021 | 8/21/2019 | INACTIVE | 3/11/2021 | FCAN Follow Up Discussion | I introduced myself to Lemara as her new FSM and offered my support to her through this FCAN. I asked how she is doing, and she indicated that she is okay and taking things "day by day." I thanked Lemara for completing her Q1 CBT on time. I discussed the importance of minimizing call outs and late reports. Lemara incurred one additional MTO call out since the last FCAN Follow Up meeting with FSM Calyn Molencamp. I also discussed the importance of uniform compliance. No questions or specific requests for support at this time. I thanked Lemara for her time and let her know we will talk again in 6 months. | | 3/12/2021 8:20 PM | 3/12/2021 8:20 PM | Complete | Black | 7/10/1992 |
| Positive Substance/Alcohol Result | 0000975714 | 17 | A | NYC | 0000945025 | STEIN, ETHAN | 3/12/2021 | 8/21/2019 | INACTIVE | 3/11/2021 | FCAN Follow Up Discussion | I introduced myself to Lemara as her new FSM and offered my support to her through this FCAN. I asked how she is doing, and she indicated that she is okay and taking things "day by day." I thanked Lemara for completing her Q1 CBT on time. I discussed the importance of minimizing call outs and late reports. Lemara incurred one additional MTO call out since the last FCAN Follow Up meeting with FSM Calyn Molencamp. I also discussed the importance of uniform compliance. No questions or specific requests for support at this time. I thanked Lemara for her time and let her know we will talk again in 6 months. | | 3/12/2021 8:19 PM | 3/12/2021 8:19 PM | Complete | Black | 7/10/1992 |
| Positive Substance/Alcohol Result | 0000975714 | 17 | T | NYC | 0000988734 | FERNANDEZ, ESLAINY | 4/20/2023 | 8/21/2019 | INACTIVE | 4/19/2023 | FCAN Follow Up Discussion | Missed opportunity, brought to me from another team. Welcome letter sent at beginning of month. | | 4/20/2023 6:24 PM | 4/20/2023 6:24 PM | Complete | Black | 7/10/1992 |
| Positive Substance/Alcohol Result | 0000975714 | 17 | A | NYC | 0000988734 | FERNANDEZ, ESLAINY | 4/20/2023 | 8/21/2019 | INACTIVE | 4/19/2023 | FCAN Follow Up Discussion | Missed opportunity, brought to me from another team. Welcome letter sent at beginning of month. | | 4/20/2023 6:23 PM | 4/20/2023 6:23 PM | Complete | Black | 7/10/1992 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

| Reason | ID | # | | Loc | EmpID | Name | Date1 | Date2 | Status | Date3 | Action | Notes | Status2 | Date4 | Date5 | Status3 | Ethnicity | DOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Positive Substance/Alcohol Result | 0000056737 | 18 | T | NYC | 0000197253 | BELAM, DANIEL | 7/25/2019 | 7/19/2019 | INACTIVE | 8/13/2019 | Suspension | Today we met with Corrie to receive a statement and suspend her due to positive test result for a substance. She was very calm and professional and gave a detailed statement and police report to us. She handed in her: Cabin Key, Parking Card, Parking Hang Tag, Skypro, Delta Crew ID card and KCM card. | Complete | 7/26/2019 1:30 AM | 8/15/2019 8:55 PM | Complete | Latino | 4/17/1991 |
| Positive Substance/Alcohol Result | 0000056737 | 18 | T | NYC | 0000197253 | BELAM, DANIEL | 8/14/2019 | 8/14/2019 | ACTIVE | | Termination | Today myself and FSM Genie met with Corrie to terminate her employment or offer resignation, she did not offer during the meeting to resign and would be seeking EO/CRP | | 8/15/2019 8:58 PM | 8/15/2019 8:58 PM | Complete | Latino | 4/17/1991 |
| Positive Substance/Alcohol Result | 0000519112 | 19 | T | NYC | 0000721281 | MAPALAD, JUANITO B | 2/3/2023 | 2/2/2023 | ACTIVE | | Suspension | BM J. Mapalad and FSM A. LoFaso met with Kyle virtually to discuss his recent DOT regulatory requirements not being met due to DOT positive test results. Kyle was informed that his employment is suspended effective 2/3/2023, provided Kyle with EAP and RL, walked Kyle through the process of unpaid suspension, travel benefits suspension, COBRA Coverage, Delta Rewards redemption and required statement from him due by the COB of 2/3/2023. Kyle was also advised that his FSM will be connecting with him on a regular basis for updates. | | 2/3/2023 3:21 PM | 2/3/2023 3:21 PM | Complete | White | 2/26/1993 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

| Name | AGE | DOB | Race | Tested | Outcome (1st offense) |
|---|---|---|---|---|---|
| ███ | 26 | 8/6/97 | 2+ | Yes | Terminated |
| ███ | 27 | 9/26/96 | 2+ | ? | Terminated |
| ███ | 41 | 12/20/82 | 2+ | Yes | Terminated |
| ███ | 38 | 3/4/85 | Black | ? | Corrective Action |
| ███ | 35 | 7/17/88 | Black | Yes | Suspended |
| ███ | 31 | 1/18/92 | Black | Yes | Suspended |
| ███ | 31 | 7/10/92 | Black | Yes | Suspended |
| ███ | 64 | 4/9/59 | Black | Yes | Terminated |
| ███ | 68 | 3/25/55 | Black | No | Terminated |
| ███ | 46 | 11/23/76 | Latino | Yes | Suspended |
| ███ | 32 | 4/17/91 | Latino | Yes | Terminated |
| ███ | 28 | 2/17/95 | White | Yes | Suspended |
| ███ | 30 | 2/26/93 | White | Yes | Suspended |
| ███ | 41 | 6/9/82 | White | Yes | Suspended |
| ███ | 55 | 3/10/68 | White | Yes | Suspended |
| ███ | 50 | 10/10/73 | White | Yes | Suspended |
| ███ | 52 | 12/19/70 | White | Yes | Suspended |
| ███ | 58 | 10/11/65 | White | Yes | Suspended |
| ███ | 38 | 8/28/85 | White | Yes | Terminated |
| ███ | 64 | 7/23/59 | White | Yes | Terminated |



| | | |
|---|---|---|
| To: | ███████████ | DOE 7/21/1997 |
| From: | ███████████ Field Service Manager – ATL | |
| Date: | July 31, 2023 | |
| Re: | **Final Corrective Action Notice - Conduct** | |

Sylvia on June 12, 2023, you were selected for a Random Alcohol Test after completing flight DL104 GRU to ATL. This test produced a positive result for alcohol with a level that violates Delta's company policy. A secondary test was performed which also produced a positive result for alcohol with a level that violates Delta's company policy. Per the guidelines this conduct is serious and has led to you receiving this Final Corrective Action Notice. Delta does not tolerate this type of behavior.

Sylvia, your recent conduct, is unacceptable. Therefore, you are now being given a Final Corrective Action Notice. Immediate and lasting improvement in your conduct is needed. Failure to improve or any further infraction of Company policy or failure to meet Company requirements will result in a recommendation for termination of your employment.

As a result of you receiving this Final Corrective Action Notice, you will be removed from the Purser program effective immediately. You will remain ineligible to participate in the Purser program for the next 36 months, while this Final Corrective Action Notice remains active in your file. Your removal is in accordance with Delta's Performance Development Guidelines. As you work towards lasting improvement in your performance, any promotions, or special assignments that you bid for within In-Flight Service remains subject to file review for the next 36 months from the date of this notice. As discussed in the In-Flight services Handbook, you will not automatically be placed back into the Purser program upon successful completion of the Final Corrective Action Notice period. Rather, you may reapply to the Purser Program, subject to a need for Pursers in the respective FA base, Purser Initial Training availability and successful completion of the Purser Initial Training selection process (interview and training).

Also, you will have a meeting with your manager every six (6) months for the duration (36 months) of this Final Corrective Notice in order to support you as you work towards lasting improvement. Once scheduled, it is your responsibility to attend the meeting. In addition to the meeting with your manager every 6 months, you will be given a random drug test during the next 36 month or for the life of this FCAN.

Sylvia, it is imperative that you realize the seriousness of your situation and take immediate steps to improve your conduct. I am confident you will not let something like this happen again. We expect you to take whatever steps are necessary to immediately improve your conduct. Please remember I am available to assist you in any way possible, but the ultimate responsibility for improvement is yours.

You may utilize the Open Door policy to discuss this Performance Development, and if you do decide to, your HR manager can help you contact the appropriate IFS leader.

If you would like to appeal this performance development, the Conflict Resolution Process (CRP) may be the avenue to explore. Some cases are not CRP eligible, so please contact the CRP Gatekeeper at crp.ifs@delta.com for more information.

As a reminder, the Employee Assistance Program and WorkLife Services can be reached at 800-533-6939.

**CONFIDENTIAL**                    Delta 001066

_____  7/31/2023
Chris Rouse
Field Service Manager

I have read and fully understand the contents of this letter.

███████████████████  7-31-23
                     / Date

cc: Manager
    Personnel File
    HR

CONFIDENTIAL                               Delta 001067

*Attention: Suzi Knels*

# DELTA AIR LINES SUBSTANCE ABUSE RECOVERY PROGRAM

## CONTINUING CARE AGREEMENT

**Employee Name:** ▮▮▮  
**Work Phone:**  
**Home Phone:**  
**Cell Phone/Pager:**  
**Safety Sensitive Job:** Indicate yes or no ___yes___

**Employee ID:** ▮▮▮  
**Division:**  
**Department:** 6110  
**Station:** ATL  
**Job Title:** Flight Attendant

**Meeting Participants:**  
Department Leader:  
HR Generalist:  
EAP:  
Other:

**Agreement Type:**  
☐ Voluntary Alcohol/Rx Drug  
☐ Voluntary Recovery Option (VRO)  
☒ Positive Alcohol Test

**Agreement Start Date:** 7/31/2023    **Completion Date:** 7/31/2024

I am responsible for the implementation of this plan and for making use of any suggested services.

1. I have been cleared to return to work by my treating provider/facility on **7/28/2023** and I have presented appropriate documentation to Delta management, if needed.

2. I agree to completely abstain from any controlled mood-altering drugs (alcohol, sedatives, stimulants, narcotics, over-the-counter drugs, etc.) except on the approval of my treating provider(s). I agree to sign a release of information with my treating provider(s).

3. I will attend individual treatment per recommendations set forth by my provider(s) and complying with any additional treatment recommendations set forth by my provider(s).

4. I commit to attending 12 step recovery meetings of Alcoholics Anonymous (AA), Cocaine Anonymous (CA), or Narcotics Anonymous (NA) during the next 6 months for a minimum of **2-4** time(s) per week. I will select a home group within three (3) months of discharge from treatment.

5. I agree to select a temporary sponsor within two (2) weeks of this agreement and locate a permanent sponsor within six (6) weeks

6. I understand that if I transfer to another area or station, it is my responsibility
    a) to inform my new manager that I am in the Substance Abuse Recovery Program and my status as of that date;

CONFIDENTIAL        Delta 001068

b) to provide the EAP with my new supervisor's name and phone number as well as my new department/station and contact information.

7. I agree to contact my EAP no less frequently than every **1** month(s) the first six months and every **2** month(s) thereafter for the duration of this agreement. I understand that the EAP is available for additional support if I am willing to ask.

8. I understand that follow-up testing to ensure abstinence may be part of my recovery plan and I agree to submit to breath alcohol level tests and/or drug screens as required.

   **Testing Category** (check one)

   **x DOT Follow-Up Testee:**
   You are subject to a program of follow-up testing, as determined by the Substance Abuse Professional (SAP). The tests will be unannounced and spread reasonably throughout the testing period. The testing program is confidential, and neither the SAP nor the employer can divulge the testing schedule to you. Department of Transportation (DOT) regulations allow the SAP to extend this follow-up testing program up to five years. During this time you continue to be subject to all other DOT tests, including random, post-accident, and reasonable suspicion.

   _____ **Company Policy Follow-Up Testee:**
   You are subject to a program of follow-up testing, as determined by the Substance Abuse Professional (SAP). The tests will be unannounced and spread reasonably throughout the testing period. The testing program is confidential, and neither the SAP nor the employer can divulge the testing schedule to you. "*Delta Air Lines*' policy allows the SAP to extend this follow-up testing program up to five years." During this time you continue to be subject to all other NON DOT tests, including post-accident and reasonable suspicion.

On **7/31/2023**, I participated in a return to work conference and agreed to the terms specified in this continuing care agreement. Periodically, my continuing care plan will be reviewed, progress will be noted, and this agreement may be updated.

I will meet with this group (or their representatives) to discuss my progress in three (3) months, on or about **October 2023**. I will meet again with this group in six (6) months, on or about **January 2024**. During these meetings my progress in recovery, adherence to this agreement, and my workplace reliability and performance will be discussed.



7/31/23
(EFFECTIVE DATE)

*This EAP agreement is be kept in a confidential, secure location outside the Delta employee file.*