# EXHIBIT 11

**From:** Gilmartin, David
**Sent:** Wednesday, November 17, 2021 3:28 PM
**To:** Pardo, Emily; Jackson, Terrence A
**Cc:** Sooknanan, Krishdath X; Misserian, Andrea
**Subject:** Re: [EXTERNAL] Joan Harvey / Employee #578767

I called the hotel. The front desk manager and the bartender who he transferred me too said all receipts list all bar locations (pool bar/gallery bar/Papillon restaurant). They do not serve non-alcoholic cider. Only cider with alcohol.

---

**From:** Pardo, Emily <emily.pardo@delta.com>
**Sent:** Wednesday, November 17, 2021 3:15 PM
**To:** Jackson, Terrence A; Gilmartin, David
**Cc:** Sooknanan, Krishdath X; Misserian, Andrea
**Subject:** RE: [EXTERNAL] Joan Harvey / Employee #578767

I just found it on the hotel website, with the link to bars and resaurants. The Gallery Bar appears to be indoors: The Gallery Bar | Kempinski Hotel Gold Coast City Accra

If this all occurred at the pool bar per statements, that seems to be the "Papillon Pool Lounge":  Papillon Pool Lounge | Kempinski Hotel Gold Coast City Accra

Meanwhile the other line item for the food/lunch on the invoice she provided says "Pool Bar". Perhaps call the hotel to ask if drinks ordered at the pool bar would ever show up on invoices as the gallery bar for some reason (for instance, maybe they have to go inside to the Gallery Bar for all drink orders)? While we have them, I would ask them to confirm they even serve non-alcoholic cider.


Emily Pardo
HR Manager, IFS – Northeast Region
Delta Air Lines
718.213.3395
emily.pardo@delta.com

**From:** Jackson, Terrence A <terrence.a.jackson@delta.com>
**Sent:** Wednesday, November 17, 2021 3:12 PM
**To:** Gilmartin, David <David.Gilmartin@delta.com>; Pardo, Emily <emily.pardo@delta.com>

1

**CONFIDENTIAL**                                                                                                                                                **Delta 000430**

Cc: Sooknanan, Krishdath X <Krishdath.X.Sooknanan@delta.com>; Misserian, Andrea <Andrea.Misserian@delta.com>
Subject: RE: [EXTERNAL] Joan Harvey / Employee #578767

Thanks David. It be may helpful to know. I would think that because they categorized it differently for invoice purposes that they are not the same. I also noticed there is a credit for the 10/20 purchase (date in question) and it specifically states dinner beverage as oppose to lunch.

---

From: Gilmartin, David <David.Gilmartin@delta.com>
Sent: Wednesday, November 17, 2021 3:09 PM
To: Pardo, Emily <emily.pardo@delta.com>; Jackson, Terrence A <terrence.a.jackson@delta.com>
Cc: Sooknanan, Krishdath X <Krishdath.X.Sooknanan@delta.com>; Misserian, Andrea <Andrea.Misserian@delta.com>
Subject: RE: [EXTERNAL] Joan Harvey / Employee #578767

I don't know if the gallery or pool bar are the same. I can call the hotel if need be.

David



**David Gilmartin**
Delta Air Lines, Inc.
Base Manager, NYC In-Flight Service
Office: 718-704-2810 Mobile: 347-886-6272
David.Gilmartin@delta.com



---

From: Pardo, Emily <emily.pardo@delta.com>
Sent: Wednesday, November 17, 2021 2:57 PM
To: Jackson, Terrence A <terrence.a.jackson@delta.com>; Gilmartin, David <David.Gilmartin@delta.com>
Cc: Sooknanan, Krishdath X <Krishdath.X.Sooknanan@delta.com>; Misserian, Andrea <Andrea.Misserian@delta.com>
Subject: RE: [EXTERNAL] Joan Harvey / Employee #578767

I am looking at it now too. Good points and not sure about the difference with the "Gallery Bar" noted on in the invoice. Kris/David, do you know?

She was observed drinking on 10/20 and the invoice itself is dated 10/21…we know that 10/21 is also the date she sent us a statement from the bartender, which she solicited herself. She unfortunately impeded the investigation with these actions as we don't know what conversations she had with the bartender. She could have told him she could lose her job and asked him to make sure the drinks are on record as non-alcoholic.

**CONFIDENTIAL**                                    **Delta 000431**

Emily Pardo
HR Manager, IFS – Northeast Region
Delta Air Lines
718.213.3395
emily.pardo@delta.com

**From:** Jackson, Terrence A <terrence.a.jackson@delta.com>
**Sent:** Wednesday, November 17, 2021 2:39 PM
**To:** Pardo, Emily <emily.pardo@delta.com>; Gilmartin, David <David.Gilmartin@delta.com>
**Cc:** Sooknanan, Krishdath X <Krishdath.X.Sooknanan@delta.com>; Misserian, Andrea <Andrea.Misserian@delta.com>
**Subject:** RE: [EXTERNAL] Joan Harvey / Employee #578767

According to the invoice, it lists two line items from the "Galley Bar" for two non-alcoholic drinks, 10/19 and 10/20, respectively. One has a charge of 20.00 (10/19) and the other -3.00 (10/20) Did we confirm if the Galley or Pool area bar was one in the same? I also noticed it specifically says dinner beverage and lunch food.

**From:** Jackson, Terrence A
**Sent:** Wednesday, November 17, 2021 2:33 PM
**To:** Pardo, Emily <emily.pardo@delta.com>; Gilmartin, David <David.Gilmartin@delta.com>
**Cc:** Sooknanan, Krishdath X <Krishdath.X.Sooknanan@delta.com>; Misserian, Andrea <Andrea.Misserian@delta.com>
**Subject:** RE: [EXTERNAL] Joan Harvey / Employee #578767

Thanks Em! The ES states she provided an invoice from the hotel showing two non-alcoholic drinks were ordered? Did the invoice list the day in question? Did we ask the time of day this occurred to compare to the time/date stamp of the invoice, etc.?

**From:** Pardo, Emily <emily.pardo@delta.com>
**Sent:** Wednesday, November 17, 2021 2:25 PM
**To:** Gilmartin, David <David.Gilmartin@delta.com>
**Cc:** Sooknanan, Krishdath X <Krishdath.X.Sooknanan@delta.com>; Misserian, Andrea <Andrea.Misserian@delta.com>; Jackson, Terrence A <terrence.a.jackson@delta.com>
**Subject:** RE: [EXTERNAL] Joan Harvey / Employee #578767

Hi Everyone,

The attorney misspelled Terrence's name so adding Terrence here. Please do not respond, I've forwarded to Legal to advise on next steps.

There are some discrepancies in the information in the attorney's letter. There is no mention of her local friend who she claimed the "beer" belonged to at times, no mention of her confusion about the 8-hour rule, says she told the Captain she was not drinking alcohol (per his statement she said she only had a few sips), etc.

3

**CONFIDENTIAL**                                                                                           **Delta 000432**

It also says she has a receipt from the restaurant showing the beverage was non-alcoholic, is that true? I know she solicited a statement from the bartended but I don't recall seeing a receipt. Let me know if I missed it.

Thanks,

Emily Pardo
HR Manager, IFS – Northeast Region
Delta Air Lines
718.213.3395
emily.pardo@delta.com

**From:** A. Altman <altlawz@aol.com>
**Sent:** Wednesday, November 17, 2021 2:03 PM
**To:** Gilmartin, David <david.gilmartin@delta.com>
**Cc:** Sooknanan, Krishdath X <krishdath.x.sooknanan@delta.com>; Misserian, Andrea <andrea.misserian@delta.com>; Pardo, Emily <emily.pardo@delta.com>; terrance.a.jackson@delta.com
**Subject:** [EXTERNAL] Joan Harvey / Employee #578767

This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.

Please see attached.

Aaron L. Altman, Esq.
Altman Schochet LLP
225 Broadway - 3rd Floor
New York, New York 10007
Ph (212) 344-8000
Fax (212) 344-8001

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential, and may be legally privileged. The information is solely for the use of the addressee named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message.

4

**CONFIDENTIAL**                                                                                                                                                 **Delta 000433**