# EXHIBIT 12

## Holmes, Sean

| | |
|---|---|
| From: | IF CUSTOMER |
| Sent: | Tuesday, December 11, 2012 8:43 PM |
| To: | Harvey, Joan O; Long, Michael F; Sabow, Michelle; Bentley, Suzy C; Claveau, Cami R; Perez, Eduardo; Fellabaum, Adam J; Rodriguez, Sipsy M |
| Cc: | Holmes, Sean; Hayes, Queshan M; Cisneros, Robert X; Green, Shellie B; Gaunt, Amy C; Frank, Robert C; Ortiz, Dennis D |
| Subject: | Compliment (KMM19553608V99761L0KM) |

Congratulations!

You have received a compliment from a passenger acknowledging the excellent service you provided. Documentation of this compliment has been sent to your Performance Manager to be placed in your personnel file. Please feel free to save this letter and the corresponding compliment for your personal records.

Thank you for consistently delivering 'Service from the heart.'

Case Number: 7723131

Pax Name: BABCOCK, MARK W
Flight Date: 12/08/2012
Flight Number: 0108
Origin City: ATL
Destination City: MAD
Seat Number: 18E

| POS | EMP NBR | NAME | FSM NAME |
|---|---|---|---|
| F-A | 578767 | HARVEY, JOAN | HOLMES, SEAN |
| F-B | 153758 | LONG, MICHAEL | HOLMES, SEAN |
| F-C | 858748 | PATRICK, MICHELLE | HAYES, QUESHAN M |
| F-D | 434117 | BENTLEY, SUZY | CISNEROS, ROBERT X |
| F-E | 461706 | CLAVEAU, CAMI | GREEN, SHELLIE B |
| F-F | 745886 | PEREZ, EDUARDO | GAUNT, AMY C |
| F-G | 888305 | FELLABAUM, ADAM | FRANK, ROBERT C |
| F-H | 894196 | RODRIGUEZ, SIPSY | GAUNT, AMY C |

***Please notify us if this is a duplicate email including the date of the first copy received for documentation purposes.

JD Power Category - GP

*Mode of Contact: Email*

Comments:

I was on your flight from ATL to MAD which had to turn around after almost 3 hours in flight and go back to Atlanta. So I spent an extra 5-6 hours in the plane before really starting my 8-1/2 hour flight. As I indicated in the survey you sent out, the way the airline and the staff handled everything in the air and on the ground was very professional.

//MA

12/18/2012

**CONFIDENTIAL**                                                                                                              **Delta 000178**

## Holmes, Sean

| | |
|---|---|
| From: | IF CUSTOMER |
| Sent: | Wednesday, August 01, 2012 1:38 AM |
| To: | Holmes, Sean |
| Cc: | Edmonson, Wayne; Jackson, Laura A |
| Subject: | Complaint - Specific (KMM16725127V90823L0KM) |

**Records received from Customer Care show that the passenger complaint below cites possible involvement of the identified Flight Attendant(s).**
**This incident may require further investigation from your end**

Case Number: 6716582

Pax Name: Thomas Neal Powell
Flight Date: 25Jul12
Flight Number: DL0135
Origin City: ACC
Destination City: ATL
Seat Number: 19-A

```
POS EMP NBR   NAME                    DEPT  FSM
A   0578767   JOAN HARVEY             611   3M    SEAN HOLMES
```

***Please notify us if this is a duplicate email including the date of the first copy received for documentation purposes.

JD Power Category - TA / HC / GP

Comment:

*The return fight was a lot worse the first one. I sat next to a "wide" woman all the way to Ghana. 12 hours mind you She continued to poke me in the side with her large flabby arm. I asked her when she was returning to the USA and she said in two weeks. I asked her if she knew what seat number. She was not sure. Well sure enough as I boarded the plane she was plainly sitting in 19B.* I just walked past her and waited until I could speak a gate agent. I stopped him and explianed that I was not going to sit next to her and allow her to have her arm in my side another 12 hours. He said he would see what he could do. I saw him go to the back of the plane and I never got to talk to him where i was standing.

*I was later greeted by a flight attendant and I told her what was going on. She said that I needed to got the front of the plane to discuss it with the gate agents.* I asked the first guy I saw and he said I needed to talk to his supervisor. He said the plane was full and he could not move me. *The flight attendant said something to me and the captain steeped out and asked me what was going on. I explained the situation and he said my options was to get off the plane or return to my seat. I told them it was not my resonsibility to tell someone they had to stay in their seat confines. I told them it was their job.. No one seemed to like my demand. The flight attendant said something. I said that I needed their names. She gave me a piece of paper with this name "Joan Harvey 578767"*

I returned to my seat and it looked like the gate agent and *someone else was taliing to the woman in 19B. I was never asked during the fight if everything was okay or if the situation still existed.* Well apparently this was the same airplane 767 tail number 1612 that I flew to Ghana on. My screen device quit working agin on the flight and I could not get an attendant to go reboot it for a while.

Finally one came by and said that she could not move me because the"crew"had already gone back??????? The icing on the cake was when I saw one of the flight attendants as we were loading our cars. She said since I went to Ghana so uch that I should my frequent flyer miles to upgrade to businees class. I did not know you had paid your flight attendants to be advisors on how I use my frequent flyer miles. Your airline failed to force the large woman to buy two seats or put a divider

1

## Butler, Charlene

**From:** Butler, Charlene
**Sent:** Monday, October 18, 2010 10:33 AM
**To:** Harvey, Joan O
**Subject:** FW: Compliment - DBMS Entered (KMM3679602V80096L0KM)

Hi Joan – Thanks for being the Delta difference for this customer and being *FRIENDLY, SMILING AND ATTENTIVE*. We want our customers to keep coming back to fly with us again and this is how we can succeed.

**Charlene Butler**
*Purser Manager*
*ATL - A Concourse*
*404-714-9939 wk*
*404-844-6666 cell*
*404-677-6000 fax*



---

**From:** IF CUSTOMER
**Sent:** Sunday, October 17, 2010 10:08 PM
**To:** Fogle, Carrie A; Harvey, Joan O; Noonan, Kristine J; Staska, Diane C
**Cc:** Chilumuna, Bruce; Butler, Charlene; Huger, Norma; Prothro, Alarie; Courtney, Keith
**Subject:** Compliment - DBMS Entered (KMM3679602V80096L0KM)

Congratulations!

**You have received a compliment from a passenger acknowledging the excellent customer service you provided.** Documentation of this compliment has been sent to your Performance Manager to be placed in your personal file. Please feel free to save this letter and the corresponding compliment for your personal records.

Thank you for consistently delivering **'Service from the heart.'**

Case Number: 1479430

Pax Name: Leon Jensen
Flight/Date: DL1507 / 15Sep10
Seat Number: 22-E
Routing: ATLSLC

```
POS  EMP NBR   NAME              DEPT   FSM
 B   0855968   CARRIE FOGLE      610    4H    BRUCE CHILUMUNA
 C   0578767   JOAN HARVEY       611    3M    CHARLENE BUTLER
 D   0273945   KRISTINE NOONAN   611    8D    NORMA HUGER
 A   0386658   DIANE STASKA      611    5E    SHERRY PROTHRO
```

***Please notify us if this is a duplicate email including the date of the first copy received for documentation purposes.

---

Original Message:

*MY WIFE AND I TRAVELED TO SLC ON DL 1507 ON 9/15. THE EXPERIENCE WAS EXCELLENT AND THE CABIN CREW WERE FRIENDLY, SMILING AND ATTENTIVE. JUST AS IT HAS ALWAYS BEEN WITH A DELTA CREW.*

/vl

1



March 20, 2009 — FACTS - CONFIDENTIAL AND FOR INTERNAL USE ONLY — Page 8 of 35

## Event ID : 90551

| | | | | | |
|---|---|---|---|---|---|
| Flight: | 1028 | Departure Date: | 12/19/2008 | Event Date: | 12/19/2008 |
| Departure Station: | PHX | Arrival Station: | ATL | Creation Date: | 12/19/2008 2:39 PM |
| Sched Depart Time: | 8:10 AM | Sched Arrival Time: | 1:46 PM | Submit Date: | 12/19/2008 2:45 PM |
| Act Arrival Time: | 1:22 PM | Act Depart Time: | 8:08 AM | | |
| Ship: | 000639 | Eqp: | 75X | Crew Base: | SAS |
| Departure Gate: | 17 | Arrival Gate: | T02 | FSM: | 007670200 TRACY MARTENS |
| ROTN Sched RLS: | 6:10 PM | Crew Working Position: | | Author: | 063627700 MITZI SANTORO |
| ROTN Act RLS: | 6:10 PM | Rotation Base: | SAS | Author Seniority: | 8538 |
| Crew ROTN #: | 3018 | Rotation Begin Date: | 12/18/2008 | Dupe #: | |

### Crew

**Pilot List:**
POS A: 093203900 / STEPHEN BARNES
POS B: 039791800 / MARC CAWTHORN

**Flight Attendant List:**
POS A: 027021300 / NANCY BARNETT
POS A: 078680800 / AMY MAHONEY
POS B: 011317500 / MARIE FRANSON
POS B: 035161500 / KRISTI SCEROLER
POS C: 072521800 / WAYNE TAYLOR
POS C: 095586700 / JANET TAYLOR
POS D: 003277000 / PHILLIP COLEMAN
POS D: 063627700 / MITZI SANTORO
POS E: 057876700 / JOAN HARVEY

### Delta/Support Personnel Compliments and Issues > Flight Attendant > Compliment

**Primary Report Detail**

Teamwork
Describe what behaviors set this employee apart from others
= Dear Daphane Harris,

I fell compelled to inform you that F/A Joan Harvey was dead heading on our flight this morning and she was extremly helpful with a full load of psgrs assisting us with drinks and food service. She worked during the entire flight and for these reasons I find her to be an exceptional flight who exemplified  Excellent Customer Serive skills. Joan is definiely a Role Model to the Delta standards!!!
Date (mm/dd/yyyy) = 12/18/2008
Time of Day = 8:00 a.m.

**Participant Information**

Employee Information
Name: JOAN         HARVEY
Address: US

THANK YOU FOR A GREAT JOB!
PLEASE RETURN TO YOUR SUPERVISOR
FOR YOUR PERSONAL FILE.

**Common Report Detail**

| Delta Air Lines | | | Flight Attendant Performance Summary Review | |
|---|---|---|---|---|
| **Flight Attendant Name:**<br>Joan Harvey | **Emp. #:**<br>578767 | | **Employment Date:**<br>10/23/91 | |
| **Field Service Manager:**<br>Renee McAlister | **Dept. #:**<br>611 | **Base:**<br>ATL | **Period Covered:**<br>10/23/03-10/22/04 | |

**In-Flight Service Vision**

- IFS employees feel valued
- Relationships are built on a foundation of trust
- Continuous improvement is a way of life
- IFS people have the knowledge, skills, desire & opportunity to make decisions

- IFS people are motivated and proud
- Business results flourish
- Customer-centric IFS is a competitive advantage
- High performing people in partnership with the corporation

**Purpose of Feedback Session**

Provide opportunity to build and strengthen an effective working relationship between the flight attendant and field service manager focusing on:

- Safety
- Professionalism
- Customer Focus
- Availability Profile
- Teamwork
- Growth and development

---

**Field Service Manager Comments:** Summarize the flight attendant's overall performance for the previous year. Highlight any significant accomplishments or developmental needs in the areas of safety, customer focus, teamwork, professionalism or availability.

Congratulations on the completion of 14 years of service! Joan, teamwork, leadership and customer service are certainly areas in which you excel. This employment year you received two coworker and one customer compliment recognizing the great job you do. Also, you were recognized by one of your peers for the In-Flight Service BRAVO Award. On the nomination form he stated, "Joan was a great OBL. She still has the "Delta Spirit" and the passengers really appreciate it". Thank you for making a difference.

Joan, thank you for continued commitment to the OnBoard Leadership Program and the support you provide your crews. Please continue to lead by example. Also, remember the importance of utilizing FACTS….this is an excellent communication tool.

Your last Safety Review was completed on 5/30/04. You were rated meets expectations in all areas, with the exception of exits and equipment, where you were rated nearly meets. The reviewer stated you needed some coaching with the aft MD88 door. As safety advocates and ambassadors, we must be careful and stay focused. Some quick tips that will help ensure your safety, the safety of other Delta employees and our customers are as follows: don't become complacent - follow established procedures every time you touch a door; don't get distracted- stay focused; and disarm all doors before leaving the aircraft. Also, as OBL please ensure you receive a verbal response from your door safety flight attendant once the door check is completed.

Joan, your overall reliability for this review period reflects 4 occasions of sick for a total of 14 days, 2 occasions of MTO for 7 days (both due to family emergency) and 2 late sign-ins  Although there as not been any administrative action this employment year, your record is at a marginal level. Please do all possible to safeguard your health so improvement is shown in this very important area of your work record.

Your overall job knowledge and hard work is noticed and appreciated. I have enjoyed having you in my group again this year and look forward to working with you another year. Stop by anytime.

Page 1

**CONFIDENTIAL**                                                                                                    **Delta 000200**

**Delta Air Lines**             **Flight Attend... Performance Summary Review**

<u>SIGNATURES</u> – Both flight attendant and field service manager sign following the discussion

_Renee McAlister_

**Flight Attendant Signature**       **Field Service Manager Signature**

_____
**Date of Feedback Session**

**CONFIDENTIAL**        **Delta 000201**

```
DATE: 02/04/05           FLIGHT ATTENDANT PERFORMANCE SUMMARY          PAGE:     1
                                 23OCT03 THRU 22OCT04

NAME: HARVEY, JOAN O                              SENIORITY DATE: 27NOV91
EMPLOYEE NBR: 578767                              EMPLOYMENT DATE: 23OCT91
                                                  BASE: ATL MGR: 8A DEPT: 611
----------------------------------------------------------------------------------
SAFETY
----------------------------------------------------------------------------------
    RECURRENT DATE: 24NOV2003
SAFETY REVIEW DATE: 30MAY2004
SAFETY REVIEW RATINGS:           3  - ON-BOARD MANUAL COMPLIANCE
                                 2  - EXITS AND EQUIPMENT
                                 3  - REGULATIONS AND GUIDELINES
                                 3  - IFS-SAFETY BULLETIN BOARD

              ** SAFETY COMMENTS PRINTED AT END OF SUMMARY **

RATING       3 - MEETS EXPECTATIONS          2 - NEARLY MEETS EXPECTATIONS
DEFINITIONS: 1 - DOES NOT MEET EXPECTATIONS  0 - NOT RATED
----------------------------------------------------------------------------------
CUSTOMER FOCUS
----------------------------------------------------------------------------------
CUSTOMER COMPLIMENTS
              HONOR ROLL:    1
              GENERAL:       0
                      Career Told: 2
          ** COMMENTS PRINTED AT END OF SUMMARY **

CUSTOMER COMPLAINTS
              COMPLAINT TOTAL: ___
----------------------------------------------------------------------------------
TEAMWORK
----------------------------------------------------------------------------------
TEAM COMPLIMENTS: 3   Career Told: 4/  TEAM COMPLAINTS: ____
----------------------------------------------------------------------------------
PROFESSIONALISM
----------------------------------------------------------------------------------
APPEARANCE CHECK DATE: 30MAY2004
    APPEARANCE SCORE: S   (S = SATISFACTORY  I = NEEDS IMPROVEMENT)




REQUIRED OBL HOURS YTD: N/A         TOTAL OBL PAID HOURS YTD: N/A
   TOTAL PAID HOURS YTD: N/A                   % FLOWN OBL YTD: N/A

 REQUIRED IOBL HRS YTD: N/A         TOTAL IOBL BLOCK HRS YTD: N/A
       TRACKED MONTHS: N/A

TOTAL INTERNATIONAL BLOCK HOURS ____    REQUIRED INTERNATIONAL BLOCK HOURS ____
```

**CONFIDENTIAL**                                                    **Delta 000202**

```
DATE: 02/04/05          FLIGHT ATTENDANT PERFORMANCE SUMMARY         PAGE:      2
                             23OCT03 THRU 22OCT04

NAME: HARVEY, JOAN O                          SENIORITY DATE: 27NOV91
EMPLOYEE NBR: 578767                          EMPLOYMENT DATE: 23OCT91
                                              BASE: ATL MGR: 8A DEPT: 611
-------------------------------------------------------------------------------
QUALIFICATIONS/OTHER
-------------------------------------------------------------------------------

LEADERSHIP: AI DC
LANGUAGE:
SPECIAL ASSIGNMENTS:

-------------------------------------------------------------------------------
AVAILABILITY PROFILE
-------------------------------------------------------------------------------
ABSENCES:   4 OCCASIONS   14 DAYS    PLOC/PLOA:  0 OCCASIONS   0 DAYS

      MTO:  1 2 OCCASIONS  7 DAYS         XLOA:  0 OCCASIONS   0 DAYS

      FTC:  0 OCCASIONS               AUXILIARY: 0 OCCASIONS   0 DAYS
                                                       MAR-AUG:   SEP-FEB:

                                   LATE SIGN-INS:  2 OCCASIONS

-------------------------------------------------------------------------------
```

CONFIDENTIAL                                                    Delta 000203

```
DATE: 02/04/05         FLIGHT ATTENDANT PERFORMANCE SUMMARY        PAGE:    3
                          FLIGHT ATTENDANT COMPLIMENT REPORT
                              23OCT03 THRU 22OCT04

NAME: HARVEY, JOAN O                              EMPLOYEE NBR: 578767
------------------------------------------------------------------------------
FLIGHT/EVENT DATE: 05FEB04
---------------------------

THANKS TO A WONDERFUL AND CARING CREW. THEY REALLY HELPED ME WITH MY SMALL
CHILDREN DURING THIS FLIGHT AND I SAY THANKS TO JOAN HARVEY AND THE REST
OF THE CREW.
------------------------------------------------------------------------------
```

**CONFIDENTIAL**                                                    **Delta 000204**

```
DATE: 02/04/05           FLIGHT ATTENDANT PERFORMANCE SUMMARY         PAGE:     4
                              F/A SAFETY COMMENTS REPORT
                               23OCT03 THRU 22OCT04

NAME: HARVEY, JOAN O                              EMPLOYEE NBR: 578767
-----------------------------------------------------------------------------
SAFETY REVIEW DTE: 30MAY2004

COMMENTS:
--------
MS.HARVEY NEEDED COACHING WITH AFT DOOR AND WAS NOT FAMILIAR WITH
 THE MD88 AFT DOOR. AFTER COACHING PRACTICED SHE IS NOW MORE FAMI
LIAR.


                              END OF REPORT
```

**CONFIDENTIAL**                                                   **Delta 000205**

```
Page: 1 Document Name: untitled                                         8A
------------------------------------------------------------------------
FACLA/FACLMITM     FLIGHT ATTENDANT INFORMATION MANAGEMENT      20OCT04
 196386               FLIGHT ATTENDANT COMMUNICATIONS            11:19
------------------------------------------------------------------------
EMPLOYEE NAME: JOAN HARVEY                              BASE: ATL
        NBR: 0578767                              EMP DATE: 23OCT91

   COMPLIMENT TYPE: h            TYPE: f          FLIGHT NBR: 0706  OBL:
  (G=GENERAL, H=HONOR ROLL)  (F=FLIGHT, E=EVENT)  (OBL=X, IF APPLICABLE)

   FLIGHT/EVENT DATE: 05feb04      FLIGHT/EVENT CITY: sea

                    *******************************************
                     ISSUE DATE 20OCT04   EXP DATE 20OCT05
   COMMENTS:        *******************************************
THANKS TO A WONDERFUL AND CARING CREW. THEY REALLY HELPED ME WITH MY SMALL
CHILDREN DURING THIS FLIGHT AND I SAY THANKS TO JOAN HARVEY AND THE REST
OF THE CREW.


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       MAIN  PREV
```

> Joan,
> Thank you for the care & concern you showed this customer. Your efforts are appreciated.
> Enjoy your pass.
> Renee
> cc. Personnel File

**CONFIDENTIAL**                                                    **Delta 000206**

AIRLINES                                    612 SHERMAN

To Whom It May Concern:

I have had a recent pleasurable experience with your airline that I would like to share with you. On Feb. 5, 2004 on a flight (DL706) from Seattle to Atlanta the flight crew proved to be among, if not the best I have ever seen.

Dealing with young children, impatient, if not intolerant passengers is enough. Adding only to the challenge a young tired and upset mother of a somewhat vocal toddler. The crew of this flight impressed me to the point of simply asking for a way of mentioning their performance and commending their dedication to an industry which has not had the greatest C.S.I. in a long time.

My thanks to all at Delta and most especially a wonderful and caring crew. Looking forward to flying with you soon.

Respectfully,

Mark D. Orper
Sales Director
D.M.I.

413-218-5350

Pairing #6257   04Feb ATL based
JOAN HARVEY   578167-ATL 8A  Mary Ann
TRACIE NELSON  797269-ATL 7U  Mary Ann
SHERRIE AUSTIN  ~~13657~~ 151041-ATL 7B
ANGELA GAINES  670499-ATL 8A  Chris
                                  Mary Ann

HR Pass
ATL 611
8-25-04
NRSF

CONFIDENTIAL                                                     Delta 000207

**McAlister, Renee**

**From:** McAlister, Renee
**Sent:** Monday, September 27, 2004 2:26 PM
**To:** HARVEY, JOAN
**Cc:** McAlister, Renee
**Subject:** COMPLIMENT

Hi Joan,

I received the following compliment from Amanda Hearn who commended your crew on a great job. Thank you for taking such great care of our customers. A copy of this compliment has been placed in your personnel file. Thanks again, Renee
-----Original Message-----
**From:** Higgins, Tina
**Sent:** Wednesday, September 15, 2004 10:29 AM
**To:** Finocchio, Heidi; McAlister, Renee; Payne, Janet; Carreker, Linda; Huger, Norma; Gambrell, Geraldine
**Cc:** Gobin, Sabrina
**Subject:** FACTS COMPLIMENT

Your Flight Attendant has recieved a compliment. Please review, give a copy to your FA and place a copy in your FA's personnel folder.

```
         F.A.C.T.S.  CONFIDENTIAL FOR DELTA INTERNAL USE ONLY

Flt Nbr/Date :    1676/12Sep04         Catg :        PERSONNEL
Dprt/Arr City:    PDX/ATL              Topic :       FLIGHT ATTENDANT
Dprt/Arr Time:    07:40/15:14          Item :        COMPLIMENT
Rotation ID :     ATL/4265- /10Sep04   Class Of Service:
Date Of Entry:    12Sep04 19:47        Passenger Count: 24 / 0 / 194
Ship Nbr/AC Type :   130/76S           Gate Out/In :    D7/B01
OBL Name/Emp Nbr :       JOAN HARVEY/578767
Author Name/Emp Nbr :    Information Not Available /434604 (610)
Author's FSM Name :      WILLIAM CAHILL

Reason :

Comments :    WHAT A GREAT
CREW!!!                                         AFTER A  WEEKEND
WITH FRIENDS IN PORTLAND, I WAS TREATED TO AN EXCEPTIO  NAL FLIGHT ATTENDANT
CREW ON MY FLIGHT HOME TO ATLANTA.I AM  A FLIGHT ATTEND  ANT AND I DID NOT WANT
THE CREW'S -JOB WELL DONE- TO GO UNNOTICED.       THANK YOU AGAIN FOR
EVERYTHING.                                          M.AMANDA HEARN

EmpNbr Name
567365      MARYELLEN GURNON    FSM : HEIDI ANDERSSON-FINOCCHIO
578767      JOAN HARVEY   FSM : RENEE MCALISTER
159863      JAN NETHERY   FSM : JANET PAYNE
842816      GAYLE JACKSON       FSM : LINDA CARREKER
301100      BROOKE KO     FSM : NORMA HUGER
409509      MELANIE UMBERGER    FSM : GERALDINE GAMBRELL
```

9/27/2004

CONFIDENTIAL                                                              Delta 000208

## McAlister, Renee

| | |
|---|---|
| From: | Purvis, Sonya |
| Sent: | Tuesday, December 16, 2003 8:08 PM |
| To: | Barnes, Barbara; Odle, Dean; McAlister, Renee; Wissig, Gary |
| Subject: | Compliment |

2003 04

Pfile

ATL based crew members: Joan Harvey, Twila Chiles, Richard Newson, and Heather Adams are to be commended on their willingness and flexibility. They are working ATL / 2209 / 16DEC.

We had a situation Tuesday, Dec. 16, which left flight 2108 the 1910 departure out of CMH CVG uncovered. I called this crew at their layover hotel around 1830 to ask this crew if three of them would be willing to come out and work the flight. The onboard leader Joan located her crew, then called me back to advise me they could be dressed and at the airport in about 30 to 45 minutes. As it turned out there was another crew located at the airport who minimized the delay, and this crew volunteered to work the flight to CVG.

I still want to thank each crewmember for their efforts.

Thank You,
Sonya Purvis
OCC - Crew Tracking Coordinator

1

CONFIDENTIAL                                                                                         Delta 000209

*Congratulations on being nominated for the*

***B.R.A.V.O. AWARD***

*Presented to*

*Flight Attendant – Joan Harvey*
*For Being Ready and Visibly Outstanding*

*Thank you*
*Renee McAlister*
*Field Service Manager ATL-I*

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　**Delta 000210**